IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROLAND PERRY LOTT
(FULL NAME) PETITIONER

707339
(PRISONER NUMBER)

(NAME UNDER WHICH CONVICTED IF
NOT THE SAME AS ABOVE)

V.

JAYNE SCOTT, EXECUTIVE DIRECTOR, TDCJ-ID
JOHN CORNYN, TEXAS STATE ATTORNEY GENERAL
RESPONDENT

United States District Court
Southern District of Texas
FILED

NOV - 2 1999

MICHAEL N. MILBY CLERK

C-99-463

CIVIL ACTION NO. _____
(To be supplied by the Clerk
of the District Court.)

* REQUEST FOR MONETARY DAMAGES BY PERSON IN STATE CUSTODY *

Medical Archives "Inmate Prison Records" in Huntsville, Texas, as well as Social Security records, will reflect the fact that I am a chronic care patient who has indefinate Restrictions Consisting of: No lifting over 20 pounds; No Bending at the waist; No Climbing of Ladders; No Reaching Overhead; No walking over 300 yards; No Temperature extremes; and a Bottom Bunk Status.

In society I receive 100% Complete Total and Permanent Disability, Because, I have had Rheumatic fever Twice. I have Severe Lower Spine Damage. I had a Heart Attack in 1992. I Received a Broken neck in 1992. I have Hypertension (High Blood Pressure) and also, I have Prostate Trouble.

When I was arrested on 12-22-98, in Bexar County, on a Technical Parole Violation. A whole new medical chart was started on me. When I arrived at the Garza West Unit, in Bee County, Texas on 3-5-99. Their medical department only followed up on the Bexar County, Charts without sending for my complete medical file housed in Huntsville, Texas.

In the middle of April 1999. The first day I arrived at the "Wackenhut" Willacy/Cameron County Unit. I immediately informed the Chief of the medical Staff of my Condition and where an extensive medical History could be obtained. My plea went completely ignored. I was placed on a Top Bunk even after I politely protested. Around 5:00 P.M. that afternoon, I fainted fell backwards off of the Top Bunk between cramped Beds and Lockers (which consist) of a 54 man Dorm. One on Top of the other. A Blatant Violation and Hazard. Slamming unconscience onto the Concrete floor. I was taken by Gurney to the medical emergency Room, where no X-Rays were taken, nor given any pain medication. I was never ever even examined by a Physician to date, for this particular incident.

On Thursday morning 7-15-99, between 10:00 and 10:15 A.M., I left the dormitory, which has a concrete floor, proceeding to go to the mailroom with an inmate Noah Michael Greenop. As we approached the officers picket. I suddenly slipped, with my Right leg buckling under me, slamming my neck onto the wet Linoleum floor which had just been mopped but <u>did not have a sign Posted</u>.

I knocked myself out for about 15 seconds. I couldn't move for about a minute and a half. About 15 inmates witnessed this scene.

Female Officer, Gonzales was watching from inside the Picket. Female Officer Hite ran over to the spot and filled out an Accident Report, and by direct order of Policy sent me to the Clinic. (Walking on foot in pain). A male Attendant looked at me for about 30 minutes. <u>No X-Rays were given</u> and I was sent back to the dormitory.

My upper Neck, Lower Spine and especially where the Neck and Spine Connect are still bothering me and are in pain. Coupled with the fact that during my incarceration. My Biological mother succumbed to death ill and worrying about me. This was in April of 1994. Her name was Eddie Mae Perry, and she died in Goliad, Texas.

My adoptive mother Jesstine P. Lott, suffered a debilatating stroke in October of 1993 worrying about me. I myself suffered a Nervous Breakdown TDCJ-ID division Records and Social Security Records will validate this to be Correct.

Now I have become injured and have no-one to help me or to turn to except the Judicial System, who has in their Power the very means to see that injustice is Corrected and Justice Served.

I have have lost material items which cannot be replaced. I have lost a home that cannot be replaced "which was built by my mother and father"

The Texas Parole Board and Prison System assume they are larger than the Legislature and the Judicial System and have a very large tendency to thumb their noses at such authority.

Page ① 10-1-99

PAGE TWO 10-1-99

I most Humbly Ask the Court in Light of View of the Circumstances to Agree with my Request which are Set Forth as follow below:

For Pain, Mental Anguish, Suffering, excessive Lengthy Incarceration, Loss of Life of family member, and Cruel and unusual Punishment.

| | |
|---|---|
| ) Mental Anguish | $50,000.00 |
| ) Suffering | $85,000.00 |
| ) Excessive Lengthy Incarceration | $120,000.00 |
| Loss of Life of a Family Member | $450,000.00 |
| Cruel and Unusual Punishment | $99,000.00 |
| | $794,000.00 |

I beseech the Court to Award said Petitioner Roland Perry Lutt, ognitive and Punitive damages at A Total of Seven Hundred and Ninety four Thousand dollars.

"FRONTAL EXIT" ↑

3 BRAVO

3 CHARLIE

WINDOWS

Control Panel ↑↑

Inmate Access Window

Accident Spot where I fell and was Injured July 15, 1999 Between 10:00 and 10:15 A.M

Central Control in Housing Sector Number #1

< Entrance Door >

WINDOWS

WINDOWS

My Dorm 3 ALPHA

3 DELTA STATE CONFINEE DORM

"RECREATION EXIT" ↓

ClibPDF - www.fastio.com