# IN THE UNITED STATES DISTRICT COURT

FOR __THE__ _Southern_ __DISTRICT ( TEXAS__

_HOUSTON_ __DIVISION__

United States District Cour'
Southern District of Texas
FILED

**NOV - 2 1999**

MICHAEL N. MILBY CLERK

_Roland Perry Lott_ #707339

Plaintiff's name and ID Number

_Willacy County State Jail: Wackenhut Corporation_

_Raymondville, Texas 78580_

Place of Confinement

_C A B - 00 - 10_

CASE NO. __C - 99 - 463__

(Clerk will assign the number)

v.

_Jayne Scott, Executive Director, TDCJ-ID_

_; John Cornyn, Texas State Attorney General_

Defendant's name and address

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, _Roland Perry Lott_ , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐  No☑
   b. Rent payments, interest or dividends?                 Yes☐  No☑
   c. Pensions, annuities or life insurance payments?       Yes☐  No☑
   d. Gifts or inheritances?                                Yes☐  No☑
   e. Family or friends?                                    Yes☐  No☑
   f. Any other sources?                                    Yes☐  No☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   ___NON-APPLICABLE___

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

          Yes☐          No☑

   If you answered YES, state the total value of the items owned.

   ___NON-APPLICABLE___

3.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

2.