# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**NOV - 2 1999**

MICHAEL N. MILBY CLERK

## NOTICE OF EXCLUSION

CA B-00-10

CIVIL ACTION No **C-99-463**

The following types of cases are not scheduled for initial pretrial conference under Fed.R.Civ.P. 16: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets. Local Rule 8. Further, these types of cases are excluded from the accelerated discovery procedures under Fed.R.Civ.P. 26.

This case falls within the excluded category.

*Order of the Court*

excluding ordinary household furnishings and clothing?

     Yes ☐     No ☑

If you answered YES, describe the property and state its approximate value.

____NON-APPLICABLE_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __15__ day of __October__, 19__.

       _Roland Perry Lott_ #707339
       Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

[Notary Seal]
MARGARET PIERCE
Notary Public, State of Texas
My Commission Expires
August 02, 2003

October 15, 1999

_Margaret Pierce_

Revised 6-97