IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District
Southern District of Texas
FILED
NOV 12 1999
MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| ROLAND PERRY LOTT, PLAINTIFF | § | 5. |
| VS. | § | CIVIL ACTION NO. C-99-463 |
| WAYNE SCOTT, et al. | § | C.A. 00-10 |
| | § | |
| | § | |

"Compliance"

I am submitting this Certified copy of my trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the Complaint or Notice of appeal, obtained from the appropriate official of each Prison at which you are or were confined. <u>I have not had any available funds this past year.</u>

THE FOREGOING IS TRUE AND CORRECT.

Respectfully Submitted,

Roland P. Lott #707339

November 8, 1999



MARGARET PIERCE
Notary Public, State of Texas
My Commission Expires
August 02, 2003

11-8-99
5:10 pm

IN RESPONSE TO NOTICE OF DEFICIENT PLEADING: