United States District Court
Southern District of Texas
ENTERED

**NOV 3 0 1999**

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ROLAND PERRY LOTT          §
                           §
V.                         §          C.A. NO. 99-463
                           §
WAYNE SCOTT, ET AL.        §

## ORDER ON PLAINTIFF'S COMPLIANCE WITH NOTICE OF DEFICIENT PLEADING

Plaintiff filed a pleading entitled "Compliance" (D.E. 5) in which he states that he has no available funds in his inmate trust fund account statement. In addition, plaintiff states that he has submitted a certified copy of his trust fund account statement; however, no statement is attached to this pleading or to his application to proceed *in forma pauperis* (D.E. 2).

Plaintiff is ordered to file a certified copy of his inmate trust fund account within twenty days from the entry of this order. The statement shall reflect the average balance and average deposit for the six month period preceding the filing of this lawsuit. 28 U.S.C. § 1915. Failure to comply may result in the dismissal of this action for want of prosecution, Fed. R. Civ. P. 41(b), and failure to comply with the Prison Litigation Reform Act, 28 U.S.C. § 1915.

ORDERED this ___29___ day of ___November___, 1999.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE