```
                                              United States District Court
                                               Southern District of Texas
                                                      ENTERED

                                                   DEC - 8 1999
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROLAND PERRY LOTT | § | |
| | § | |
| v. | § | C.A. NO. C-99-463 |
| | § | |
| WAYNE SCOTT, ET AL | § | |

## ORDER OF REFERENCE

The plaintiff has filed his Consent to Proceed Before a Magistrate Judge (D.E. #6). It is therefore ORDERED that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including entry of final judgment, in accordance with 28 U.S.C. § 636(c). <u>Neals v. Norwood</u>, 59 F.3d 530 (5th Cir. 1995). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit. 28 U.S.C. 636(c)(3).

In the event service of process is ordered, each defendant shall be given an opportunity to consent to trial before a magistrate judge. Absent consent by all defendants, this Order of Reference will be vacated and the case returned to the undersigned for final disposition.

SIGNED this _5th_ day of _December_, 1999.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE