December 9, 1999

United States District Court
Southern District of Texas
FILED
DEC 27 1999
MICHAEL N. MILBY CLERK

[Michael] N. Milby, Clerk of Court
[United] States District Court
[South]ern District of Texas

2-99-463

[On] December 6, 1999, i received two seperate envelopes. one Con-
[tainin]g, C.A. NO. 99-462, the other C.A. NO. 99-463, both Pertaining to
[me,] Perry Lott v. Wayne Scott, ET AL.
[They] were signed on the 29TH day of November, 1999, by United States
[Magis]trate Judge, Jane Cooper-Hill. It was in reference to the
[afore]m[entioned] Plaintiff's Compliance with Notice of Deficient Pleading, where i sent
[no]tarized Papers stating that i have no available funds in my inmate
[trust] fund account.
[I a]m in the Process of Correcting this Matter. On December 7, 1999,
[i pu]t in a request form to the Unit Law Librarian, informing her tha[t]
[i nee]d a Certified Copy, which shall reflect the average balance and
[chan]ge deposit for the six month Period Preceding the filing of this lawsuit,
[in or]der to Proceed in forma Pauperis (D.E. 2).
[The] Problem which i have encountered is, #1 The head law librarian
[is no]t a Notary Public, #2 The general librarian who is the Notary,
[does n]ot Know the first thing about legal Procedure's, #3 When other inmates
[receiv]e their trust fund account slips through the mail from Austin
[and Hu]ntsville, i never-ever receive one because, i have not had any
[mone]y during this or my Previous incarceration 1995 to 1997.
[Ano]ther Problem is this a Private facility, "Wackenhut Corporation" and
[they a]re not accustomed to dealing with these type of issue's.
[This] is a state Jail, but we I.D. inmates are being housed here
[becau]se the T.D.C.J. is overcrowed and technically hiding us off the
[Prison] Count.
[If] it is Possible while i await the actions of the unit Adminis-
[tration], so that i will not Punished for the delay, which would
[be no] fault of my own.
[Woul]d the Court Please write and inform the law librarian
[Mrs.] Cisneros, and the Notary Public, general librarian
[Mrs.] Pierce, what my immediate, urgent request is
[need]ed for.

9.

9.

12-10-99

I ask that this temporary request be granted in light of the delayed actions of the Unit Administrative Professionals.

I humbly and respectfully submit this request:

Roland Perry Lott #707339

C.A. NO. 99-463 & C.A. NO. 99-462

12-10-99

Roland P. Lott #707339
H3A-40
1695 S. Buffalo Drive
Raymondville, Texas
     78580