United States District Court
Southern District of Texas
FILED

JAN - 3 2000

Michael N. Milby, Clerk

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**ROLAND PERRY LOTT**

V.   CASE NUMBER: CA C-99-463

**WAYNE SCOTT, ET AL**

## NOTICE TO APPEAR

TO: ASST ATTORNEY GENERAL, PLTFF

YOU ARE ORDERED TO APPEAR ON: <u>**MONDAY, JANUARY 10, 2000**</u> at <u>**1:30 P.M. (NOTE: AAG is to initiate call through to chambers after all parties are on the line - 361-888-3550)**</u>, before:

U. S. Magistrate Judge Jane Cooper-Hill
United States Courthouse
1st Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

**CONFERENCE CALL RE: DE#9**

*BY ORDER OF THE COURT*

Michael N. Milby, Clerk of Court
By Deputy: <u>Linda R. Smith</u>        Date: <u>January 3, 2000</u>