JUDGE PRESIDING: _____ JE COOPER-HILL _____

COURTROOM CLERK/ERO: Linda R. Smith

LAW CLERK: Aimee DiSantis

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: Jan. 10, 2000   OPEN: 1:30 PM   ADJOURN: 1:35 PM

TAPE: 1/227 - 1/397

~~CRIMINAL~~/CIVIL ACTION NO.: C-99-463   B-00-10-

Roland Perry Lett         §   Pro Se
                          §
                          §
VS.                       §
Wayne Scott, et al        §   Caroline Merchant
                          §

United States District Court
Southern District of Texas
FILED

JAN 10 2000

MICHAEL N. MILBY, CLERK

PROCEEDING: Case called for Conference Call. Court asked AAG Caroline Merchant to inquire as to procedures involved in securing ~~sub~~ inmate trust account statement from Wackenhut. Statement is needed to process IFP application. Incident complained of occurred in Willacy Co. Case may be transferred.
Hearing concluded.

11