United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROLAND PERRY LOTT | § | 12. |
| | § | |
| V. | § | C.A. NO. C-99-463 |
| | § | |
| WAYNE SCOTT, ET AL. | § | CAB-00-10 |

### ORDER OF TRANSFER

Proceeding *pro se*, plaintiff filed a civil rights action under 42 U.S.C. § 1983 (D.E. 1) against defendants Wayne Scott and John Cornyn. Plaintiff is an inmate currently incarcerated in the Wackenhut Facility in Willacy County, Texas. A substantial part of the events giving rise to this action took place at the Wackenhut Facility. Willacy County, Texas, is located within the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be transferred to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1391(b), 1404(a).

ORDERED this 10th day of January, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
       Deputy Clerk