IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ROLAND PERRY LOTT
V.
GARY JOHNSON

C.A. NO. C-99-463

B-00-10-

Michael N. Milby, Clerk of Court

RE: Exhibit A & Exhibit B Both

Exhibit A: Proof of Request for lower Bunk, Back X-Ray's, and Treatment by a Cardiologist. Also, Acknowledges the fall and injury. Further acknowledges NO X-RAYS were given.

Exhibit B: Acknowledges my Repeated Request for Specialty Clinic appointment with a Urologist, an X-Ray of my lower Back and an Echocardiogram (ECG).

I have repeatedly voiced my concern about Pain & injury to no avail. Locally it has gone unheeded, and not logged in the charts.
As I seek outside medical help. My correspondence is intercepted, opened and I suffer verbal abuse and the same denial per my request. My Pain Suffering, Physical & Mental are cruel and injust. There are many more complaints about this Wackenhut Facility, in Willacy County.
It cannot and must not go uncorrected! I highly recommend and pray that the court use my case as an example and allow the judgment to be awarded 100% per cent in my favor.

THE TRAINED MEDICAL PROFESSIONALS AT the facility THE HEALTH ADMINISTRATOR F. OERTHER and the DOCTOR J. DESAI, Both have been willfully PREJUDICE by being EITHER PurPosefully IgNORANT, AmazingLY UNKNOWLEdgEABLE OR AN ACT of deLiBeRATE IndifERENCE and Reckless CRUELTY.

RESPectfully SuBmitted

Roland P. Lott #707339

2-1-00