14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROLAND PERRY LOTT            *
                              C.A.B-
VS                           *   ~~H.~~C. NO. B-00-010

WAYNE SCOTT, ET AL           *

# O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **May 1, 2000.**

DONE at Brownsville, Texas, this 1st day of March 2000.

_____
Felix Recio
United States Magistrate Judge