15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MAY 0 1 2000

| | | |
|---|---|---|
| *ROLAND PERRY LOTT* | § | |
| No. 707339 | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. B-00-010 |
| | § | |
| *WAYNE SCOTT, ET. AL.* | § | |
| **Defendant.** | § | |

## *AMICUS* ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT:**

**NOW COMES**, the Attorney General for the State of Texas, as an *amicus* to the Court, and submits this Advisory to the Court. In support thereof, the Attorney General respectfully offers the following:

### I.

1. This Honorable Court, by an order dated March 2, 2000, ordered the State of Texas to respond to "Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus on or before May 1, 2000."

2. A careful review of the Mr. Lott's pleading reveals that this is in actuality a Civil Rights Complaint for which the Plaintiff is claiming Excessive Force. Lott asks for money damages in the amount of $794,000.00. *Copy attached hereto as* Exhibit A.

3. In as much as the Plaintiff is not seeking a Writ of Habeas Corpus, a response to such by the State of Texas cannot be filed at this time.

4. The Defendants are prepared to file a responsive pleading upon the receipt of proper service of process.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
LUIS A. REYES
Assistant Attorney General
Attorney-In-Charge
State Bar No. 90001831

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR DEFENDANT SCOTT

## CERTIFICATE OF SERVICE

I, LUIS A. REYES, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Amicus Advisory to the Court** has been served by placing same in the United States Mail on this 28th day of April, addressed to:

Roland Perry Lott
TDCJ-ID No. 707339
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, Texas 78580

**Via CMRRR # 149 036 989**

_____
LUIS A. REYES
Assistant Attorney General