IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT           §
NO. 707339                  §
        Plaintiff           §
                            §
V.                          §   Civil Action No. B-00-010
                            §
WAYNE SCOTT, ET. AL.        §
        Defendant           §

United States District Court
Southern District of Texas
FILED
MAY 0 5 2000
Michael N. Milby
Clerk of Court

APPLICATION for Leave to file PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Now Comes Roland Perry Lott, and ask Leave of the Court to file the attached Petition for writ of mandamus, and would show the following:

I.

On the 2 day of November, 1999, the Plaintiff filed a Civil Rights Complaint Pertaining to a severe accident which occured between 10:00 and 10:15 a.m. on July 15, 1999, at the Willacy County Unit, due to a wet floor.

Money damages in the amount of $794,000.00 were requested for #1 Mental Anguish $50,000.00 #2 Suffering $85,000.00 #3 Excessive Lengthy Incarceration $120,000.00 #4 Loss of Life of a family member $450,000.00 #5 Cruel and Unusual Punishment $99,000.00

II.

On the 10th day of January, 2000, United States Magistrate Judge Jane Cooper-Hill, ordered that this case be transfered to the United State District Court for the Southern District of Texas, Brownsville, Division Pursuant to 28 U.S.C. §§ 1391(b), 1404(a) for a filed Civil Rights action Under 42 U.S.C. § 1983 (D.E.1) agaisnt defendants Wayne Scott and John Cornyn. 28 U.S.C. § 124(b)(4).

III.

Assistant Attorney General Reyes assumes in his statement that I claimed excessive force, when that is totally irrelevant and was never claimed by me or even alledged to have been claimed by me by any of this units adminis-

TRATION. In fact I am a Role Model Prisoner Never having received one single disciplinary case or infraction.

It would seem this is a slanderous and bias attempt to try and persuade the Court into considering this to be a frivilous lawsuit when it contains complete documented merit.

Further, it is in clear view of the facts presented that it is either purposfully ignorant, amazingly unknowledgeable or an act of deliberate indifference and reckless cruelty.

This is an extraordinary case that requires the Court to exercise Jurisdiction on behalf of the plaintiff for proper at law, on the basis of possible violation of the rules of Professional Responsibility.

Wherefore, premises considered, Defendant respectfully pray's the Court consider and take into account future lost wages, rehabilitation, plus cost of indefinate medication's, motor functions and necessary surgery.

Respectfully Submitted

Roland Perry Lott #707339

Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was delivered on this the 3rd day of MAY, 2000 to the Honorable Michael N. Milby Clerk USDC Southern District Brownsvill Division

Roland P. Lott #707339