United States District Court
Southern District of Texas
FILED

AUG 16 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLAND PERRY LOTT, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-CV-10 |
| | § | |
| WAYNE SCOTT, EXECUTIVE DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, ET AL, | § | |
| Respondent. | § | |

**RESPONDENT SCOTT'S ADVISORY TO THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Wayne Scott, Executive Director, Institutional Division, Texas Department of Criminal Justice, Respondent ("the Director"), by and through the Attorney General of Texas, and files this his Advisory to the Court without filing an appearance of counsel.

**I.**

**BACKGROUND AND ADVISORY TO THE COURT**

This is a civil rights case brought by a Texas state prisoner, Roland Perry Lott, ("Lott"), under 42 U.S.C. § 1983. On January 10, 2000, while this case was in the United States District Court for the Southern District of Texas, Corpus Christi, Division, under Civil Action No. C-99-CV-463, the Honorable United States Magistrate Judge Cooper-Hill directed that Carolyn Merchan an Assistant Attorney General with the Habeas Corpus Division of the Office of the Attorney General provide a certified copy of Lott's Trust Account. The undersigned assumed the responsibility of handling the administrative requirements directed by the magistrate judge. On January 13, 2000, the undersigned spoke

specifically with Warden Rodriguez at the Willacy Unit and was assured that the requisite affidavit and trust account information would be forwarded to the court.

On August 14, 2000, during an evidentiary hearing in this court on an unrelated case, Assistant Attorney General Merchan was questioned about the absence of the certified trust account information for Lott. However, she had no idea of the status because it was my responsibility to ensure the information was forwarded.. Exhibit A is herein forwarded to the court regarding Lott's Trust Account and it is requested that the court accept the undersigned's personal apology to the court. Additionally, the undersigned is forwarding a copy of this Advisory to the Law Enforcement Defense Division of the Office of the Attorney General.

## II.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests this court find the attached Exhibit A satisfies the requirements of the court.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

*Lead Counsel

ROSS RAYBURN*
Assistant Attorney General
Chief, Habeas Corpus Division
State Bar No. 16615500
Southern District Bar No. 21575

2

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, Ross Rayburn, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Scott's Advisory to the Court has been served by placing same in the United States Mail, postage prepaid, on this the 15th day of August, 2000, addressed to: Roland Perry Lott, TDCJ-ID# 707339, Jester IV Unit, Route 2, Richmond, Texas 77469.[1]

*[signature]*
ROSS RAYBURN
Assistant Attorney General

---

[1] The undersigned contacted the Willacy Unit and learned that on August 10, 2000, Lott was reassigned to the Jester IV Unit.

3