18

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROLAND PERRY LOTT                          *

      VS                                      *       CIVIL ACTION NO. B-00-010

WAYNE SCOTT, EXECUTIVE DIRECTOR *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

## O R D E R

     The Application to Proceed in Forma Pauperis is hereby **GRANTED**.
Let the Applicant proceed without prepayment of cost or fees or the
necessity of giving security therefor.

     The State of Texas is hereby ORDERED to respond to Petitioner's
42 U.S.C. Section 1983 Civil Rights Complaint on or before
**October 17, 2000.**

     DONE at Brownsville, Texas, this 17th day of August 2000.

                                      Felix Recio
              United States Magistrate Judge