20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
  Petitioner

§
§
§
§   CIVIL ACTION
§   NO. B-00-CV-10
§
WAYNE SCOTT, EXECUTIVE DIRECTOR §
TEXAS DEPARTMENT OF §
CRIMINAL JUSTICE, §
INSTITUTIONAL DIVISION, ET AL, §
  Respondent. §

## SUPPLEMENT TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Perry Lott, Petitioner, Pro Se, offender, Texas Department of Criminal Justice, ("Lott"), and files this Supplement to the Court without an appearance of person.

### I.

On January 10, 2000, the Honorable United States Magistrate Judge Cooper-Hill, directed that Carolyn Merchan an assistant Attorney General provide a certified copy of Lott's Trust Account during a Tele-Conference in the office of Chief of Classification L.D. Montgomery.

Chief Montgomery, acknowledged his intent to promptly respond by overseeing Judge Cooper-Hill's request.

On January 13, 2000, Warden Rodriguez, assured that Willacy Unit, would immediately send the affidavit and Trust Account information to the Court.

On August 14, 2000, during an evidentiary hearing, the information still had not been sent to the Court. Additionally, I was granted my first parole in September of 1999, by the Texas board of Pardons and Parole.

Because of my past record for never having had a disciplinary case agaisnt me, during my first incarceration, nor current incarceration of a "Technical Violation" for being absent for two home visits.

I was scheduled for release in June 2000, with no special conditions, placed upon me by the Parole Board.

Because of a mix up of my paper work by the unit parole officer Ms. R. Rodriguez, I was later informed by her on May 31, 2000, thats I would just have to wait till my mandatory discharge date of November 22, 2000, where by law I had to be released.

On July 19, 2000, a rookie officer J. Concha, wrote me a bogus disciplinary "major case" for a comment, I did not even make.

On July 21, 2000, L.D. Montgomery, now a captain and disciplinary hearing officer, who in January 2000, was Chief of classification and aware of my lawsuit found me guilty.

Captain Montgomery, dropped me from a State approved trustee S-3 to the lowest negative an offender can attain a Line class 3.

Captain Montgomery, also, gave me 15 days solitary confinement he gave me 45 days cell restriction, 45 days commissary restriction and 45 days no visitation.

Captain Montgomery, also, took 770 days good time from me. Clearly vindicative retribution. Wackenhuts rule book states in black and white that if an offender has never had a disciplinary case, it should be guaged a lesser degree or verbal reprimand, which coincidentally I received that as well. For something I did not even say. My past record speaks exceptionally for itself.

#3

On 8-24-2000, I received a tele-type from the Parole Board. They had taken my Parole, given me a serve all and modified my conditions to Highest Level of Supervision and electronic monitoring, all because of a slanderous accusation.

I cannot blame the Parole Board because, all they know are a name and number However, Willacy administration, can be held highly accountable, responsible and liable.

It does not take very much to notice a pattern of theire's. If you were to subpoena disciplinary records of action from the Lopez and Segovia units, in Edinburg and Willacy, You would see on a scale of 0-100, theirs, would be in a range of 20% combined whereas, Willacy alone would rate 95%.

I understand that I am not alone in bringing a lawsuit against Willacy. In July of 1999, I and 54 other offender's who were housed in 3-Alpha, across from 3-Delta, witnessed the unmerciful beatings of the state jail confinee's, Twelve cans of gas was short-shot at a close distance.

After 90 minutes, of horrific violence, assistant warden Bravo came in our Dorm 3-Alpha, with 54 grievance forms, and ask if anyone had seen anything, we all said, No! Out of fear his reply was I didn't think so.

William Wayne Justice, recently commented as a Lobbyist, that things like this has got to stop.

Inmates bring valid issues against a corrupt system, but they are usually out numbered by the state who's own Attorney Generals office defends them.

Further, inmate's have trouble with wording but it is basic to the point and correct most of the time whereas, high profile attorney's use a certain Jargon which is laced with subliminal messages that the average person doesn't know or can detect.

Isn't it quite strange, a peculiar thing, that the state is spending so much of the tax payer's money, defending a wrong against me and I only have an IQ of 81 and an EA score of 5.0

Like David, against Goliath, our Father in HEAVEN, told all the Prophets old do not despair and be saddened of spirit; nor troubled in your heart for when the time comes, I will place my words in your mouth.

You fight not against flesh and blood but, Principalities in high places. I have been trying since August 10, 2000, to get my property including all my legal work, from Willacy unit; because, they have been reluctant to send it to me knowing I would have no way to correspond with the Court.

Property Supervisor Smith at Jester 4 unit, contacted Willacy on my behalf. I personally, wrote 4 letters, with one addressed to Assistant Warden Bravo, expressing my urgent need and desire to receive my property.

I was at Jester 4, for 48 day, of my own request. Going through a program of Therapy for persons dealing with major depression and anxiety and on the verge of a nervous breakdown; brought on by complications, physical and mental directly associated with the harsh, cruel and vindicative conditions dealt to me by the subordinate and high ranking staff, of Cameron/Willacy County "WACKENHUT."

I venture to add and say that, I alone, am not the only person who pose' or by licensed attorney has filed against this Corporation.

It only takes a Court ordered Subpoena of their medical, educational, nutritional, and disciplinary records to see a coincidence and dis- crepensie's; in their system.

I personally, was one of the witnesses, to the unmerciful beating at the state Jail Confinee's had to endure in June or July of 1999. The Rank and officers shot an unprecedented "12 cans of gas" to a dorm with only 54 men enclosed in a small space. Way beyond necessity and regulated by law.

A search of present lawsuits in Federal Court in Houston, Brownsville Corpus Christi will prove such allegation

P.#5

THE Texas Prison system, has become so large an entity; second only to the United States military; in budget, that, it operates on the boundries of legalized slavery.

The Texas Legislature makes the rules; and guidelines for the District Courts; to govern by and thus the Parole Board and institutional division to abide by.

I say Not! The Prison system, does exactly what it "wills" then stand behind the Texas Attorney General's office. It doesn't break the law so to speak, all they do is 'bend' the law 360 degrees and bring the case full circle, then state the party has no argument.

They do however; break the law's of the legislators, who chosen by voters, then dutifully sworn by oath to make their law's the the standard.

Many people who are well educated and hold high positions aren't even unaware; but, I just a simple person of mind, will say isn't it a fact that, the Governor, signs all the bills but, isn't it the Speaker of the house; who voices the Yea's and the Nay's?

The Justice is in the gavel and the one who weild's it. Not in anyones totalatarian; authoratative opinion.

I was awarded 5 month jail time in April of 1995, by the Honorable Judge Alonzo T. Rodriguez; of the 343rd District Court in Bee County, to count towards my **Physical** incarceration in the TDCJ-ID.

The "System" is applying it towards the long way discharge date of the street on parole or mandatory supervision on my sentence. I shouldn't be locked up at present. I have been incarcerated now since 12-22-98. 23 flat months, on a **technical violation** **no new charge**, since the initial original for missing only two some visits.

The 20 months on the street in society from 5-1-97 = 12-22-98 are forfeited when, I signed under duress on May-1-1997.

I know have 4½ flat years completed on my original charge. 2½ left.

IF my 20 months on the street are reinstated that would leave 10 months; and if the original 5 month's jail time credited for time actually served in 1992; are applied that would leave 5 months.

Avoiding all the systematic smoke screens; that are used by the Texas Prison System, the old method of the three R's reading, Riting and rithmitic are clearly visible and easily understood.

I should be in society at this point in time with only 5 months left towards my bond to be free unconditionally at all times and at Liberty from the STATE of TEXAS.

## II
## Conclusion

WHEREFORE, Premises, Considered, "LOTT" PRAYS that this court intervenes and finds fully favorable 100% Percent and awards all request to the Petitioner "LOTT."

Respectfully Submitted,

Roland Perry Lott # 707339
MARK SKILES Unit 7G-20
3060 FM 3514
BEAUMONT, TEXAS
77705

'92:
- ..LLY – 25 days
- ..gusT – 31 days
- ..pTember – 15 days
- ..Tober – 31 days
- ..vember – 30 days
- ..cember – 10 days

} 5 months *  ↓

'95: 10 months
..arch – December

'96: 12 months
..nuary – December

'97: 4 months
..nuary – April

} 26 flat months *  ↓

'98: 10 days
..2nd – 31st

'99: 12 months
..nuary – December

'000: 11 months
..nuary – November

} 23 flat months *  ↓

→ 54 months *

```
   12
   12     7 YEAR
   12     SENTENCE
   12
   12
   12
  +12
  ─────
   84 months
```

* 4½ years as of 11-22-00 with 2½ left on paper. The system is trying to make me do the 20 month's I was on paper. Notice my orig parole Certificate. Long way discharge date 11-16-2001, the state is giving me more time that Judge Alonzo T. Rodriguez of the 343rd District Court did not give me.

Roland P. Lott     No. B-00-CV-10