IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
   Petitioner,

v.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION, ET AL,
   Respondent.

CIVIL ACTION NO. B-00-CV-10

United States District Court
Southern District of Texas
FILED
NOV 0 6 2000
Michael N. Milby
Clerk of Court

## PETITIONER LOTT'S 2ND SUPPLEMENTAL REQUEST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Lott, a Texas state prisoner, with a civil rights case brought against respondent, Wayne Scott, Executive Director, Texas Department of Criminal Justice, under 42 U.S.C. § 1983, and files this his 2nd Supplemental request ("PRO Se")

### I.

On August 10, 2000, Petitioner "Lott" requested any and all property including relevant important legal work be given to him, which was of a very detrimental need. "Wackenhut Corporation" Willacy County, in Raymondville, Texas, has repeatedly denied said property by not forwarding it too the current unit of assignment.

As of November 1, 2000, Petitioner is still absent of his property. Exhibit A and B entitled "Property Room" is herein forwarded to the Court regarding this matter.

### II.

On January 10, 2000, during a tele-conference, Carolyn Merchan, an assistant Attorney General with the Habeas Corpus Division of the Attorney General, gave her solemn word to the Honorable United States Magistrate Judge Cooper-Hill, that NO retribution or punishment would be brought against "Lott" for filing a complaint in U.S. District Court,

by either the Attorney General's Office, the Texas Board of Criminal Justice, The Board of Pardons and Parole, The Texas Department of Criminal Justice-Institutional Division, or the "Wackenhut Corporation."

On July 19, 2000, "Wackenhut" allowed a bogus slanderous case to be admitted into evidence which Captain L.D. Montgomery, turned into a major disciplinary infraction, whereas Petitioner "Lott" had never previously received any type case whatsoever, always attaining a state approved trusty S-3 in the classification of very minimum custody "non-violent"

Captain Montgomery, was Chief of Classification, earlier in January and February of this year 2000, and was aware of my suit against all parties involved.

After being found guilty for a comment I did not even make, Mr. Montgomery, then used this situation to wholeheartedly punish me with the most cruel and unusual punishment possible.

Instead of being lenient and taking into consideration my excellent past behavior record. I was put into solitary confinement for 15 days, given 45 days of no recreation, 45 days commissary restriction, 45 days of cell restriction, as well as being demoted to Line Class 3, the lowest and inmate can get.

Mr. Montgomery, took it upon himself to also take 770 days excellent good time credit from me, practically unheard of.

I made Parole in September of 1999, granted for June 2000, because, I am only a "technical violator" for missing two home visits and "no new case."

When the month of June 2000, passed I was told by the "Wackenhut" administration, that, I would have to "shortway discharge" on November 22, 2000, the maximum that, I could be held by law having 4 1/2 year's flat, completed on an original sentence being under the old legislative law pre-September 1, 1996.

Now to my total shock, surprise, hurt, pain, and sadness, the state of Texas is trying and insisting that, I do 32 more months flat before I will be released, and that being on July 9, 2003, my total original sentence, plus 5 extra month's, I've already completed "flat" in 1992?

I am placing Exhibit A and B entitled "Unit Parole Counselor" herein and likewise forwarding to the court regarding this serious matter.

All of this is no more than "Cruel and unusual punishment" a violation of Civil Rights, and pain and "mental anguish".

All of these thing will be allowed to happen and continue, if someone in the highest authority does not intervene and show otherwise and set forth and example, that others unjustly wronged can follow suit.

The Texas Prison System is no longer in a rehabilatative mode, but, any one can see, it's Just and industry for large profit and gain

Page 2                    11-4-00

## III.

The Texas Prison System is a part of white supremacy and national oppression — not just an ideology, but a value system, a culture, a fact of a system of power. White supremacy permeates every single aspect of our lives, either as perpetrator or victim.

So, it should come as no surprise that, Governor George W. Bush and the parole board he put together, along with some state courts, would even proceed with such in this day and time, the new millenium — 2000.

However much people talk about international solidarity of "the" working class, the fact is that national oppression, and its racial expression, is primary in this country.

That's why white workers could bring their white working class children to the lynching of a black and be entertained by the target practicing, mutilating and burning of the helpless black victim.

Or why the white workers and their white working class children are so intent on reversing any and all "gains" made by blacks, hispanics (along with our white friends) struggle, wheather those gains were civil rights, worker's rights, or prisoner's rights.

There is a white-wing assault, and George W. Bush is a standard bearer.

The Bush boys, George and Jeb (governors of Texas and Florida, respectively), were born and raised in West Texas, in Midland. West Texas is dessert. There are a few Blacks that live in the Midland/Odessa area, but the area is overwhelmingly Hispanic and white.

In terms of the attitudes of whites from this area, one would be hard-pressed to find any who did not view and treat blacks any differently than virulent Klansmen.

In Midland, the CONFEDERATE air force! There was no flight during the U.S. Civil War. And they're crying about a flag in South Carolina.

The Texas Prison Guard uniform is an exact replica of the Texas Confederate uniform. Texas Prisoners must say "Yes, Sir/No, Sir;" "Yes, Ma'am/No Ma'am;" or "Yes, Sir, Boss."

In Alabama, Missisipi, and Tennessee, inmates are given cases if they refer to a prison officer as boss (that died with slavery).

Texas' Prison System is slavery to the fullest. On some of these present day plantations, the field hands have to be counted, and when they walk past the overseers on the horses they have to take their hats off.

This is the same thing the Black slaves of 1700 and the Black people of Jim Crow America of the 1900s had to do when in the presence of a white working class person:

Page 3    11-4-00

hold your hat in your hand and never look mr. Charlie in the eye. Up until about 1971 Black folks still had to step off of the sidewalk when a white worker was on it.

Here in Texas Prisons we are still required to step off the sidewalk when the white worker (represented by the Confederate soldier of any race), is on the "sidewalk."

Instead of a curb, however, there is a painted yellow line. In Texas we're still stepping off the sidewalk.

Prisoners held in Texas Prisons do not get paid for their labor. There are two units where the state of Texas built those complexes for private manufacturers to use prison labor. They are, technically, not TDCJ-ID units.

They've turned the Plantation over to Private Concerns. The prisoners who make it to one of the manufacturing units are on "Pre-release" status and their numbers are statistically insignificant — 200 to 300 prisoners out of 150,000.

What all these factors demonstrate is a slave state. When I was 9 years old. I raked leaves for 2 days to earn 40¢ so I could go too the picture show (movies).

I had outgrown my shoes, so I took a bath and went barefoot, with a shirt and a pair of shorts on. When I walked in a man told me I could not come in. I showed him the 40¢ .... no shoes no movie get out of here ... he said.

As I was walking out crying that July in 1968. A white lady with her son walked in. She told the same man... who told me to leave... that they forgot his sandles... at the swimming pool.. and would it be alright.. if he came in barefooted.

The man said... why it would be Just fine ... why did this occur was my money no good .... not U.S. currency. this still goes on today!

I have experienced this all my life in these 42 years that I have lived.

However, in this case, there is absolutely no way "NOT" to determine wheather one of these reasons can't be rejected. Therefore, the advance procedure employed in this case violates my civil as well as constitutional rights of due process and fair treatment.

I have proved that my case is unique, grasping and applying. For these reasons alone these events "are not" a matter of simple fond wishes.

Page 4    11-4-00

Quite the CONTRARY, the greatest lessons to the arrogants are iN the most bitter defeats.

These questions are a matter of looking at CONCRETELY OCCURING event and being able to say accurately what happened and how.

**WHEREFORE,** for the foregoing reasons, I respectfully request that, I receive my unconditional freedom to be at Liberty and free from the bond of the State of TEXAS. OR, iN the alternative to have the State of TEXAS release me immediately within 10 days of Notification by the U.S. District Court.

**FURTHER,** that, I be awarded all MONETARY DAMAGES of $794,000.00 Seven hundred and NINETY four thousand dollars, for the terrible Neglect, which iN Custody of the "WACKENHUT CORPORATION" were at fault Individuals Doctor J. Desai; Medical Administration; F. DERTher, WAYNE Scott and GARY Johnson representing the State of TEXAS iN their Capacity.

This I Pray to the Court.

Respectfully Submitted,
Roland Perry Lott #707339
STiLES   UNit 7G-20
3060 FM-3514
Beaumont, TEXAS
77705