IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT, §
No. 707339 §
§
Plaintiff, §
§
V. §   Civil Action No. B-00-010
§
WAYNE SCOTT, ET. AL., §
§
Defendant §

United States District Court
Southern District of Texas
FILED
NOV 0 6 2000
Michael N. Milby
Clerk of Court

Plaintiff Lott's Response to Scott and Cornyn's Original Answer

TO THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT

NOW COMES Plaintiff Roland Lott, offender in the Texas Department of Criminal Justice, Pro Se, and submit this response to Defendant Original Answer. In support thereof, the Plaintiff will respectfully offer the following:

## I.

Due Process, like water, is most noticed when it is denied. It asserts that any person facing the mindless machinery of government be provided a fair hearing before what privileges or rights he or she has are stripped away.

Without due process, people facing charges often disappear into an Alice in Wonderland maze of frustrating and contradictory actions by officials that guarantee conviction and, usually, cynicism toward and disrespect for the system of justice itself.

A prisoner's interest has real substance and is sufficiently embraced within fourteenth Amendment liberty to entitle him to those minimum procedures appropriate under the circumstances and required by the Due Process Clause to insure that the state created right is not arbitrarily abrogated. Wolff v. McDonnell, 94 S.Ct. 2963 (1974).

## II.

Of all the major issues litigated in Ruiz v. Estelle - overcrowding, medical care, use of force, discipline and safety - none was as crucial as access to courts, without which the others would not have been addressed. This importance was eloquently and simply stated by the Seventh Circuit when, in deciding Adams v. Carlson, it said that regarding access to the courts "All other rights of an inmate are illusory without it, being entirely dependant on the whim and caprice of the prison warden."

## III.

Texas prison officials opt for a two-pronged approach - law libraries on each unit, supplemented by a staff counsel program. Unit law libraries are handicapped, to say the least, by the lack of any system-wide coherence in their management.

As a result, each unit has its own rules, and the procedures followed on one unit can be totally contradicted on the next.

## IV.

The positives are visible only through its negatives. Only we inmates affected by or dissatisfied with it are likely to take the initiative to complain, and only through our complaints are changes likely to occur. "There are no boundries that I will not go through to show what happened, but we need to hear the truth. That's the single biggest thing we need."

**WHEREFORE, PREMISES CONSIDERED,** Roland Perry Lott, Plaintiff, prays that this Court awards any and all relief demanded in my complaint

Respectfully Submitted,

Roland Perry Lott #707339
7G-20
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705