IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
NO. 707339
    Plaintiff.

v.

WAYNE SCOTT, ET. AL.,
    Defendant

Civil Action No. B-00-010

United States District Court
Southern District of Texas
FILED
NOV 13 2000
Michael N. Milby
Clerk of Court

## PLAINTIFFS ANSWER IN OVERALL SUMMARY

TO THE HONORABLE JUDGE OF SAID DISTRICT COURT:

NOW COMES Plaintiff Roland Lott, inmate, Texas Department of Criminal Justice, and through self Counsel, PRO Se, Submit this answer in overall Summary that, he is entitled to injunctive, declaratory, relief demanded, Plus, full entitlement of damages requested in the specified amount of $794,000; Seven hundred and ninety four thousand dollars, and any amount extra that the Court deems appropriate.

Further, that the Court orders the state of Texas to unconditional release the Plaintiff, to be totally free and at liberty, immediately, OR No later than 11:59 on the 5th working day after Notificatio

### III. Defendants state

5. Plaintiff has not stated a claim upon which relief can be granted under 42 U.S.C. § 1983 or under any other statute, Constitutional theory, or legal authority.

ANSWER: The defendants would have us believe, they favor incarceratio in theory — Correct! until a distant complaint, is in its advanced stage but, they oppose it for Now because of how it works in Practice. This is how they (defendants) would have the Public or facilitator, understand the question, but, I will point out that theory does not mean moral Principle in this case.

Theory mean scientific Principle or statement concerning matters at hand. The defendants are no more than trying to sway the opinion of the bench, in accordance with the laws of the state of Texas, by saying in a round about way, that, Federal laws cannot be applied in their Jurisdiction, by falling short of saying we are at Present a conservative government, and there will be no infringement of Liberalism to reflect upon, while simultaneously, carries the facade of one that, is innocent of all guilt.

Further, I stress the importance of having a correct analysis of a Particular situation that, has or "had" taken Place, and not having been Present, at a Particular Place or time, is likewise of ones **own** theory or opinion.

7  Defendants assert that any claim Premised upon the law of Negligence will not support a claim of Constitutional dimension under 42 U.S.C. § 1983.

7  Answer: This is one of those statements that reinforces the "states' theoretical opinion that, a wise scientific approach, can't be used to make the right decision, whenever, it is convenient.

I am trying to bring attention to my dilemma being trapped in the Texas Prison System. That, I may be able to cause so much embarrassment that, they (state) would start pointing the finger, rather than make right their wrong, but, seems to answer too no one when they (officials) or their subordinates are ultimately in non-compliance, with their own rules and regulations, wheather it be (state of Texas) or the United States of America, Code of Civil and Criminal Procedures.

8  Defendants assert that any claim Premised upon the doctrine of respondeat superior will not support a claim of Constitutional dimension under 42 U.S.C. § 1983

8  Answer: Some Honorable Judges (today) still apply some of the laws of the country of "England" to mark decisions, when and where needed, to bind

The bench in this matter should be the sole authority in the capacity of **Judge, Advocate, and General.**

In this Particular case, the Attorney General of the state of Texas is the "defendant" and not the Prosecutor.

9  Defendants assert that government officials acting in their official capacities are not "Person" within the meaning of 42 U.S.C. §1983, and are not Parties to a cause of action under said statute.

Page #2  11-7-00

9.   Answer: Is it, not true! that MR. Cornyn, brought charges agaisnt, EX-AG (Dan Morales). Although, MR. Morales, was not the "AG" wasn't the alledged offense to have occured while MR. Morales, was in his (official capacities) while dealing with the **TABACCO** industry.

MR. Cornyn, would not be bias or demonstrating hypocrisy, by claiming immunity. Of Course, with Texas being annexed to the United States and many claiming it is still a "Republic" we really have no way of truly, knowing MR. Cornyn's, social or psychological viewpoints?

In today's politically Correct Society. many states and Judges hold that, the **"Texas Prison System."** amounts to no-more than Legalized Slavery. Could Austin **and** Huntsville feel as felons we have no rights?

## IV.

10 & 11   Answer: The Plaintiff was an inmate housed at the "Wackenhut Corrections Corporation in Raymondville, Texas, in 3 Alpha 45 and 3 Alpha 40. The Plaintiff was obviously sent to this Private facility by someone **or** a group of persons employed by the State of **TEXAS**.

**Wackenhut** "was not" going to report any wrongdoing, for fear of losing its contract.

The State of "Louisiana" as of September 7, 2000, agreed to settle various lawsuits after the U.S. Department of Justice found "Wackenhut Corporation" guilty of brutalized treatment of **Juveniles**, after they were beaten and denied basic needs like Medical and dental care, as well as food and clothing.

They (Court) attribute the brutality to the privatized Wackenhut Corporation, and not only in the state of Louisiana, but, Texas, Florida, Et Cetera.

The State of Texas is guilty also, of attempting to "Cut Cost" the proof is in Black and white.

Former Louisiana Governor **Edwin Edwards**; Ex-Houston Mayor **Fred Hofeinz**; and EX-TDCJ, executive **Andrew Collins**; were indicted in Federal Court earlier this year for the **Vita-Pro** scam with a Canadian Food Company.

I was a prisoner in 1995, 1996, and 1997. I have Liver problems and Kidney problems as a direct result of having no other choice but, to have eaten this **VitaPro**.

Page #3   11-7-00

#12: ANSWER: It is the Judges sole decision to award damages in the case, not the dictates of the ATTORNEY General.

## V.

13-14
15-16

IN a decision as this, only national dignitaries of countries can claim (Diplomatic Immunity) **Wackenhut** is worldwide, there are international laws governing such **VIOLENCE** and **Negligence**. I doubt that the defendants would want to risk going too the **World Court** in the Netherlands to draw attention and would opt to settle in U.S. District Court.

## VI.

The state of Texas Prison officials have me housed now at the **Mark E. Stiles**, unit, in Beaumont, Texas. A maxi-security facility, and I am a non-violent, non-aggravated inmate, who is only doing a "Technical violation" for missing two home visits

I have been lock up for two years now... and for a comment, I **did not** even make they (state) want me to stay locked up until JULY 9, 2003, another 32 months

I only have a 7 year total sentence. Texas officials are trying to make me do **8** years, which I **wasn't** given.

Further, this unit of 3000 men, is **30%** openly Homosexual, and **85% HIV, AIDS in** its middle stages and **85%** Hepatitis **A-B-** and **C**.

There is no way that, a person who is **not** to intelligent can't figure out what they are trying to do.

I don't have **HIV or Hepatitis!** but, the inmates who I've spoken with didn't have anything wrong with them either until they spent 1 1/2 years to 5 years at this place

PAGE #4    11-7-00

## Conclusion.

I am submitting an inmate Step one grievance marked exhibit C, which, I wrote on October 18, 2000, asking Stiles unit to have my Property Sent here from Raymondville, Wackenhut.

All my Legal work is Contained in my Property, I have Purposely been denied access to all my contents.

I am also, Sending in Exhibit D.

Wherefore, Premises, Considered, Plaintiff Roland Lott Prays that you award him all relief demanded in his Complaint that the Court deems Just and Proper.

I Am hoping to elicit your urgent help in my Predicament.

Respectfully Submitted

Roland P. Lott #707339

"Pro Se"

7G-20
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

November 7, 2000

Thank you for returning my I-60! I fully understand that, I must wait until, I get to my limit of assignment before, I can request a timesheet.

However: I noticed it said, "Release 7-9-2003." So therefore; I would like for you to please, answer an additional question for me, at the bottom of the page.

I am currently serving a sentence for a "Technical Violation," for missing two home visits. In fact, it is the same initial "Original" 7 year sentence; which I was convicted of in 1992, and I have not been charged with any crime sense since. I spent a combined total of 5 month's, in the County Jail in 1992 and District Judge Alonzo T. Rodriguez; credited my time towards my Prison sentence.

I arrived at the "DU" Thursday 9-28-00; but, next month; November, will be 23 flat month's; that, I have been incarcerated on this "Technical Violation," on a simple 7 year nonaggravated sentence; and I am under the "PRE-8-31-96 * 9-1-96-dates."

7 Year Sentence:
- *1995: 10 months  2-26 — 12-31
- *1996: 12 months  1-1 — 12-31
- *1997: 4 months  1-1 — 4-30

Total 26 months flat

EXHIBIT D

1992:
- July: 25 days
- August: 31 days
- September: 15 days
- October: 31 days
- November: 30 days
- December: 10 days

Total 5 months

- 1998: 12-22 — 12-31
- 1999: 1-1 — 12-31
- 2000: 1-1 — 11-22

23 FLAT months

26 month
+23 month
49
+ 5 months
*** 54 Total month's

4 1/2 yrs. as of 11-22-00; with 2 1/2 left on paper.

Question: Why am I still locked up?

The records office has your discharge date 7-9-03. If you think it is wrong, contact BOT - Records/Time. Parole has no authority over time related issues. Sorry I could not be of further assistance.

Mrs. Bullard