24

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLAND PERRY LOTT | * | |
| No. 707339 | * | |
| | * | |
| VS | * | C.A. NO. B-00-010 |
| | * | |
| WAYNE SCOTT, ET AL | * | |

## ORDER SETTING CONFERENCE

A telephonic status conference in above-captioned and numbered cause of action is hereby set for **Wednesday, January 31, 2001, at 2:00 p.m.** The parties must be prepared to discuss in the case in full.

Counsel for the Respondent shall make the necessary arrangements to have Petitioner available for said telephonic conference.

DONE at Brownsville, Texas, this 12th day of January 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
**956/548-2701**