JANUARY 22, 2001

25

Michael N. Milby, Clerk
United States District Court
Southern Division

United States District Court
Southern District of Texas
RECEIVED
Filed
JAN 29 2001
Michael N. Milby, Clerk
B-00-10

Sir:

    I have a civil lawsuit pending in this court. I am now only able to write to inform the Court that I still have not been allowed access to my property.

    It has now been 6 months and the "Wackenhut Corporation" Willacy County Corrections for whatever various reasons, have refused to transfer my property too me.

    The Mark W. Stiles Unit, in Beaumont, Texas, my previous unit, notified Willacy on 3 seperate occassions to transfer my property.

    My current Unit, Charles T. Terrell, have notified Willacy two or three times, as well as, I have written the Willacy Unit, 4 times.

    I cannot remember my cause number and arrived at the Terrell Unit, without even as much as a toothbrush.

    It is shameful and sad the way that Willacy County, has and is still doing me as an inmate and human being.

    I wanted to personally inform the Court as too my present whereabouts and pray, that the Court, does not penalize me for something that is totally out of my control and will be able to identify my case by my state inmate number below.

Respectfully Submitted,

Roland P. Lott #707339
7H Row 2 Cell #11
Charles T. Terrell Unit
12002 FM 350 South
Livingston, Texas, 77351