# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

JAN 31 2001

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:    Jessica Dart

Date:         Jan 31, 2001, 2:00 pm

--------------------------------------------------------------

### C.A. NO. B00-010 (HGT)

--------------------------------------------------------------

| ROLAND PERRY LOTT | * | Pro se |
|---|---|---|
| vs | * | |
| WAYNE SCOTT, ET AL | * | Luis A Reyes |

--------------------------------------------------------------

### TELEPHONIC STATUS CONFERENCE

A telephonic conference held with Plaintiff and Luis A. Reyes, attorney for the Respondent. Mr. Reyes informed the Court that he was unaware of the current location of Mr. Lott's property.

A *Spears* hearing will be set to understand the nature and accuracy of Plaintiff's claims. An order will be issued to set the date for said hearing.