27

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 02 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLAND PERRY LOTT | * | |
| VS | * | CIVIL NO. B-00-010 |
| WAYNE SCOTT, ET AL | * | |

## ORDER SETTING HEARING

A *Spears* evidentiary hearing in the above-captioned and numbered cause of action is hereby set for February 22, 2001, at 2:00 p.m.

The Clerk is hereby directed and ORDERED to:

1. issue a writ of habeas corpus ad testificandum for the Petitioner's presence at said hearing, and

2. to issue a subpoena duces tecum for David Forrest, Warden, Wackenhut Corrections, Inc., State Jail, Raymondville, Texas.

DONE at Brownsville, Texas, on 1st day of February 2001.

Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ROLAND PERRY LOTT**  *
 (No. 707339)
      VS                                  *   C.A. NO. B-00-010

WAYNE SCOTT, ET AL                        *

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

TO:  Warden, Texas Department of Criminal Justice, Charles T. Terrell Unit, Livingston, Texas

United States Marshal, Southern District of Texas, or any other authorized United States Marshal

**GREETING:**

We command that you have the body of **ROLAND PERRY LOTT**, now duly committed to the custody of the **Warden, TDCJ, Charles T. Terrell Unit, Livingston, Texas**, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on **February 22, 2001,** to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said **ROLAND PERRY LOTT**, to the custody of the **Warden, TDCJ, Charles T. Terrell United, Livingston, Texas**, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this **1st** day of **February 2001**.

Michael L. Milby, CLERK
United States District Court
Southern District of Texas

BY: *L. M. Villareal*
            (Deputy)

AO 88 (Rev 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN ——— **DISTRICT OF** ——— TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT
No. 707339
V.
WAYNE SCOTT, ET AL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1] CIVIL ACTION NO. B-00-010

TO: David Forrest, Warden, Wackehut Corrections, Inc., State Jail, 1695 S. Buffalo Drive
Raymondville, TX 78580 (956/689-4900)

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. Federal Building & Courthouse<br>600 E. Harrison, 2nd Floor, Courtroom No. 1<br>Brownsville, Texas | No. 1 |
| | DATE AND TIME<br>February 22, 2001, 2:00 pm |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
ROLAND PERRY LOTT's medical records, personal property, and all legal documents pertaining to this cause of action.

| PLACE | DATE AND TIME |
|---|---|
| U.S. Federal Building & Court house<br>600 E. Harrison, 2nd Floor, Courtoom No. 1<br>Brownsville, Texas | February 22, 2001, 2:00 pm |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| MICHAEL N. MILBY, CLERK OF COURT<br>By Deputy: L. M. Villarreal | February 1, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)