UNITED STATES DISTRICT COURT
SOUTHERN DIVISION
BROWNSVILLE TEXAS

28

United States District Court
Southern District of Texas
FILED

FEB 0 6 2001

Michael N. Milby
Clerk of Court

Roland Perry Lott
  Plantiff

Wackenhut Corporation
Willacy County Corrections
  defendants

Civil Action No. 707339
  TDCJ-ID

B-00-10

 **Comes Now,** Roland Perry Lott, Plantiff in said action and willfully says that the Honorable Judge of the United States District Court will see what has been happening and transpiring over these past 22 months with Wackenhut Corporation - Willacy County Corrections and individual Employees.

 F. Derther; head nurse, administrator; Dr. J. Desai; M.D. Captain L.D. Montgomery; LT. Guerra; Officer J. Concha; Nurse R. Ximenez; and Assistant Warden Rodriguez, and will show the Court the following:

## I.

 After two seperate accidents, one in April 1999 and one in July 1999 Patient was not allowed X-Rays of his lower back and neck because of a standard policy of cost conservative maintenance. Plantiff will endure this excrutiating plane of pain for the rest of his life, even with surgery it will be further disabling.

## II.

 Wackenhut purposely as a vendetta found the Plantiff guilty on trumped up charges of something that the Plantiff did not say as a rookie Security officers statement alledged. Taking 770 days good time and work time away knowing this would cause the Plantiff to stay locked up until July 9, 2003, a day for day punishment. When the Plantiff had been granted parole for June 2000 and further, Plantiff lost his November 22, 2000, shortway discharge date, which was mandatory by law with the 770 day good-work time accumulated.

### III.

Plantiff was exposed too and Contracted Hepatitis C, which is incurable while at the Wackenhut facility and never told until test were done at the Terrell Unit. Since my departure from Willacy, I have only been housed in 2 man cells decreasing the likelihood that I was exposed anywhere else.

### IV.

I already have serious heart trouble. I had a heart attack in 1992. I have too take 5 different high blood pressure pills daily, plus enteric aspirin, a shot in my hip each (month's) for my heart to kill bacteria and infection. 100 mg of Elavil nightly for chronic depression, brought on by all this pressure and worring and now faced with serious liver disease. I have ask the court to award me $794,000.00 dollars, seven hundred and ninety four thousand dollars, initially in my original request. At the time it did seem rather astronomical! but, not anymore! Considering the years of pain I face plus, unsurmountable medical expenses. Pain, mental anguish, depression, slander, defamation of character, medical expenses, operations, loss of homestead property.

### V.

I ask the court to reinstate my 770 days. Reinstate my SAT 3 status and release me from custody based on overtime. If the court deems and see's fit in my best interest to also, reapply my 20 month out of custody (street time) and release me totally and unconditionally to be free and at liberty from the state of Texas, not on parole, nor mandatory discharge. To completely terminate my existing TDCJ number 707339, and resume my identity as a private citizen.

Prayerfully Submitted,

Roland P. Lott # 707339
Terrell Unit
12002 F.M. 350 South
Livingston, Texas
77351

Your Honor:

1-23-01

  I am writing to you personally because, you are one of the top professionals in the state of Texas. I have a heavy burden that I carry like the yoke of an oxen, whose weight is affecting me mentally and physically. On December 10, 1992, I was given a 10 year sentence for forgery and burglary of a vehicle to run concurrent (The guitar I took out of a car was in fact my own).... Long story! The 10 year sentence was probated. In September of 1993, my 77 year old mother suffered a stroke. She did not want to be put into a nursing home, but, against her strong advice.... I quit reporting while on probation.

  On February 26, 1995, I was put in jail on a motion to revoke. In April of 1995, 343rd District Judge Alonzo T. Rodriguez, gave me an option. A: To be reinstated on probation or B: Sentenced to no less than 2 years nor more than 7 years, in the Texas Department of Criminal Justice - Institutional Division. I chose B! My ex-girlfriend put my mother into a nursing home. I was paroled out on May 1997. I obeyed every and all city, county, state and federal laws.

  On December 22, 1998, I was arrested on a blue warrant. "My charge failure to be home for home visits." In January 1999, I had my revocation hearing, and the hearing officer, Mrs. Edna C. Maldonado, informed me that she was going to vote for me to be reinstated or an ISF facility from 30 to 90 days. Mrs. Maldonado, knew me from the 22 months, I spent at the Dominguez State Jail, from 6-19-95 until 3-4-97, when she was a unit parole officer.

  I never received a single disciplinary case! Mrs. Maldonado, recalled. My temporary parole officer, Mrs. Carla Ramirez, told me, she would recommend reinstatement or an ISF facility, however, her vote would not be considered. The original parole officer, Wanda Carroll, of Victoria County, faxed an affidavit.... to the Bexar County Jail, on the morning of the revocation hearing, requesting I be returned to prison. It resulted in a tie! So the review officer at the next level, voted which was a decision to return to prison. I was transferred from the Bexar County Jail to the Garza West Unit, on 3-4-99, where I spent 5 weeks.

  I was then transferred to the Private Willacy County Corrections "Wackenhut" deep in the Valley of Texas, in Raymondville. The day I arrived 4-27-99, I fell off of a top bunk knocking myself unconscious. When I awoke I was in the emergency room on a portable gurney. I ask a male nurse Mr. A. Ximenez, R.N., to please give me some x-rays, because, I had 6 cracked lower lumbar disc (spine) and a C-1 fracture of my neck from being trampled by a Santa Gertrudis bull on 4-16-84, and opted not to have surgery.

  I was told I didn't need any x-rays! On July 10, 1999, I slipped and fell, hurting myself again. This time on a stripped, waxed polished and mopped floor, which had no caution yellow plastic sign outside of our dormitory. I had to go to the infirmary again and like the previous time, I pleaded for x-ray's and none were given. I laid in my bunk for 2 whole weeks, with a severely swollen lower back and a hurting, aching, stiff neck in excrutiating pain. I was only given tylenol... not even ibuprofen... for inflamation.

  I wrote a letter to Huntsville, Diagnostic Medical, and to the U.T.M.B., TDCJ, Medical Division, Galveston, Texas. My letters were sent back to the "Wackenhut" infirmary. I was called in and given a scolding by Mrs. F. Oerther, head nurse and acting medical administrator. I explained to Mrs. Oerther, I needed x-ray's because, my back and neck were swollen and still in terrible pain. She called in Dr. J. Desai; a Pakistani, M.D., who told me, I only needed tylenol and to meditate.

  I informed them that, I would have to sue them to get medical attention. They laughed at me and said, "Go on ahead, if you think you can." The last week of July 1999, I had my parole interview and I ask the parole officer, Mrs. Rodriguez, to please put me down for a halfway house, which was my initial plan.... no other alternative!

PAGE 1

ON 9-10-99, I saw the Unit Classification Committe and assistant warden BRAVO; promoted from a Line class I to an S-3. He told me, "He liked my attitude and my record reflected that, I had never had a disciplinary infraction.... Never! Through County Jails or Prison. The last week of September 1999, I received my answer from the Texas Parole Board which was (Parole granted for June 2000) No Special Conditions upon release. I filed a lawsuit in Federal Court, in November of 1999 vaisn't " Willacy County, Wackenhut Corporation" and a few of their individuals, whom I have mentioned here in, for civil rights violations for denial of needed medical attention .... ETCETERA:

It was accepted in Federal Court, in November of 1999 — as justifiable and with merit. During the months of January and February 2000; Captain L.D. Montgomery; temporarily, took over as Chief of Classification; when the previous C.O.C., Ms. Cervantes resigned. On 1-10-2000, I had a 3 way teleconference with U.S. District Judge Jane Cooper-Hill; and assistant Attorney general, Jadyn Merchan; in Austin, Texas. As the allegations and seriousness of the case was read, C. Montgomery; was sitting on the edge of his chair, listening and looking at me like a hawk eyes a mouse.

As the Conference was winding down the Judge informed Mr. Montgomery; that she personally had been hearing alot about "Wackenhut Corporation" lately and frankly... It was negative. All of a sudden, I was getting Royal treatment. It was guy this and guy that. Judge Cooper-Hill; had to contact the Willacy Unit; again in late February 2000, and spoke with assistant Warden Rodriguez; who assured her, that he would get my inmate trust fund account information to the Court.

When May 31, 2000, rolled around, I wrote an I-60 to Ms. Rodriguez, for some current information on my parole. Her reply was that the field officers contacts on my visitors list all came back negative, and that I would have to wait until my short way discharge date 11-22-00. I was crushed, hurt, and devastated with what I was reading. There were friends of mine on the units who had the same release month (June 2000) who had requested halfway house placement, as I did, in July of 1999, who were leaving the unit each day going to Huntsville, to be released.

I had even sent Ms. Rodriguez, letters from 7 different halfway house's, who had excepted me as early as February 2000, after I had personally, written them myself. On 7-19-00, I placed a sick call in the box around 10:20 P.M., I have heart disease! I stated that I felt dizzy; my blood pressure was up and I felt as though, I was going too have a nervous breakdown. At 11:00 P.M., male nurse, A. Ximenez, called me out of the dorm, to the picket area.

He had just picked up my sick call request, and wanted to ask me 5 too 7 questions, which were routine. The 1st question was did I feel like hurting myself or any other person, I answered no! — Negative. The last question was did I feel like harming myself or any other person, I answered no! — Negative. Then Nurse Ximenez said, "Hey Lott! Shouldn't you be gone home already? Weren't you scheduled for parole in June (2000).... what happened? I answered his question directly in a sad, but humorous way."

Well! Ms. Rodriguez, didn't submit my parole plans as I ask her. She should be ashamed of herself, "I could just kill her for that" Now I have too wait until 11-22-00, before I can get out. Nurse Ximenez, laughed and told me "Quit worrying, it will get here soon enough." He told me, I'll put this sick call, where the counselor can get too it first thing in the morning. Around 11:45 P.M., a Sgt., Ortega; called me out of the dorm and handcuffed me.

He then took me too the infirmary, to get my vitals checked, then I was taken too the "Administration — Segregation" and locked up. I told myself.... Ahhh... they think I might crack up and its just for a 12 hour observation. I was awaken around 3:00 a.m., by an officer Hernandez; who said, "he needed a statement." I said a **What!** You've got a case here .. I have never had a case mister... is what I told him.

So he read what an officer, J. Concha; who had only been employed 6 months, and had been standing 10 feet from me and nurse Ximenez; had written.

It stated... "Offender LOTT, threatened harm to another person, other than an offender stating, the next time he saw parole officer Rodriguez, "he was going too kill her!" That! No... No... No... No... I did not say that. In fact, the truth is, I didn't say that at all. The next morning 7-20-00, I was taken before a preliminary hearing and told, I had received a "Major Case." I plead not guilty.

Friday morning 7-21-00, at 10:15 a.m., I stood before the hearing officer... none other than Mr. L.D. Montgomery; who was now the hearing officer for major cases. I had ask that officer, J. Concha and Nurse Ximenez; both be present. However, Mr. Montgomery; called both of them by phone at home. They came up with entirely different stories, although, geared to stick.

Since I did not have a single witness because, it was "rack-up" bedtime, when I was called out of the dormitory. Mr. Montgomery; looked up at me, with a smirky, sheepish grin and said, "I have no choice but, too find you guilty. I said, "Captain Montgomery; I have been on this unit, 15½ months and I have never had a single case... here... or anywhere else! My punishment: 45 day's... no commissary, 45 day's... cell restriction, 45 days... no recreation, 15 day's in solitary confinement, demoted from an S-3 (state approved trusty) to line class 3, the lowest possible... in the negative frame. No good-time... no extra days!

770 day's, good time, plus, worktime, were instantly deducted from my prison sentence. I was also, demoted from a "minimum" custody inmate too a "medium" custody inmate, and shipped off of the unit, to a "maximum" security unit, into an enviornment, that, I am not familiar with and do not belong, nor do I keep such company in society.

Before, I left assistant warden Bravo; told me, Lott! You have never been in any fights or arguments, with officers or inmates. At this point, I really don't even know the complete details but, I've had about 22 veteran officers come up too me and say that they don't believe and think you deserve what you got. That you had never disrespected anyone! When you get to your final unit of assignment, talk to the warden and explain too him exactly, what has happened. That you hadn't even insinuated or hinted..... at what you were found guilty on. That the officer misunderstood and misquoted, what you actually said, and interpreted it the best he knew how and overall, this has been an unfortunate.... terrible mistake of communication. The warden has the authoriti... to correct this and forward his decision and reccomendation, too Huntsville and Austin. (TDCJ Division and Texas Board of Pardons and Parole.)

When I arrived at the Stiles Unit, in Beaumont, Texas, in October 2000. The Unit Classification Committe grilled me about threatning an officer. I had no chance too even tell them... I hadn't said that. When I arrived at the Terrell Unit, in Livingston, Texas, December 4, 2000, the very same thing happened. The UCC Committe, roasted me! They did not even allow me a chance too comment... just shut up! and listen.

In my various travels from place too place, since being back in the Texas Department of Criminal Justice-System, and out of the private Wackenhut facility where, I had been housed. Inmates, officers, rank, as well as, some administrative officials, have told me the very same thing. It's very clear what happened! It doesn't take a nuclear scientist to figure it out. (Sueing) "Wackenhut Corporation" and several individuals, they were waiting for any little thing to use against you ..... true!

Captain Montgomery; knew first hand on 1-10-2000, during my tele-conference, when he was temporary "chief of classification," then again in March 2000. He was standing right beside Ms. Margaret Pierces' library desk, while I was having federal court papers, notarized (just looking) his service was not required.

As for male Nurse: A. Ximenez; he was aware that he was a defendant in the court proceedings. What I actually said; "figuratively speaking" and what the officer thought, he heard me say for the conviction and harsh penalty, I received is not..... Logical! My dear mother, who is now 84 years old. Raised me with good morals, qualities, a direct positiveness, tough standards too live by, as well as, lots and lots of cherished love, while attending Church regulary.

This was my foundation. Which allows me to have faith and hope in my eternal Salvation, through my heavenly father's grace and redemption through Yeshua-Jesus. She is a lady who always believed in those old fashioned PURE values. Her entire life she NEVER smoked, drank, nor cursed. I have been knowing about Anti-Terrorist and Terroristic laws for some time.

I just cannot believe Mr. Montgomery; rookie officer J. Concha; and Nurse Ximenez; would have the guile, to even think I were stupid.... enough to even have something like that cross my mind.... which is certainly not.... on Negative vibes. Innocent people accused of wrongdoing are eager too clear their names and will talk at length. Guilty parties generally want to move the topic onto something else, and seem relieved and more relaxed when the subject changes.

The Average american is untruthful 7 times per day. After all, the art of deception is the stock in trade for the CIA, the Senate, the military, madison avenue, and defending how people voted.... Our recent Presidential election! "Prisons are filled with bad liars....so what differentiates?" Good liars are out running HMO'S! Good liars are out running corporations! Expert fabricators, on the other hand, save their ammunition: They don't bother to lie unless it is going to get them something they really want.

The moral here is Vendetta.... A Reputation as a man of integrity, on the other hand, is gold. It's a license to lie, cheat, steal — and success. People will believe that they want to believe. When I was sentenced to prison in 1995. It was just, fair and accepted. Although, at this point. I do not deserve to still be locked up....falsely and unjustly, accused and convicted by the "Private Wackenhut Corporation, who's sole purpose is retaliation."

I have now been locked up 25 months on this "technical violation" for only missing, 2 home visits! Currently, I have 4 years and 10 months "flat" completed on this original 7 year, non-violent, non-aggravated sentence, this is even with all the slander and ridicule, I have faced and endured.

I would truly hate to think that, even though lawmakers ( within the Texas Prison System, would know beyond a shadow of a doubt, that, I were 99.999 percent innocent. They would allow this to occur, for the sake, of an individual occupying a bedspace, to satisfy state taxpayers interest.

Do I not pay taxes in society....well of course I do! Then I come into the Texas Prison System. I obey all policies as outlined in their rules and procedures. I work as if for nothing or suffer it's consequences ( 283 days work time instantly taken.) Isn't that a mild form of legalized slavery?

I reintegrate into society.... forced to pay taxes ... which is my duty as an American citizen... to support the very system ... in which I left poor individual friends, who are oppressed and depressed by the very cycle of things.

So we figure... isn't that hypocrisy? In its formal elegance?

P.#5

In the very words of Vice (ex) President Gore, on Tuesday November 7, 2000, wait a minute... whats going on here? what's really going on! In the last 3 years the "Wackenhut Corporation" has been in Court and found guilty in Florida, Louisiana, Austin and in all probability Raymondville, Texas, from beating, starving to lying in inmates and covering up.

I recently found out in January 2001, that I have hepatitis C of the liver for which there is no cure for. I contracted this disease in the last year and a half which could only have taken place at the Wackenhut facility 54 man dormitories. I wasn't even-ever told by the Wackenhut medical department.

Now I have to deal with this dreadful disease including the heart disease I've had since age 13. Now I will have extra medical bills I can't afford I understand that, I do not contribute thousands nor millions to Political Parties, nor Individuals, running for office, so I have no, would we say clout! So I'm considered Peon... with no Pull... with no influence... what could he barter for assistance?

He is just a wee small voice crying in the deep... dense... woods for help... No one will hear him, over the large, loud, corporate, conglomerant, giant. Alas! there will come a time.... when out of infinity... my father will yell with a loud mighty shout... down through the ages, that, will awaken.... all that have been asleep for 7 thousand years.... then Yeshua (Jesus) will appear.

YAHWEH! (Jehovah) knows no lie.... all things shall be brought too the light. Even he (Lucifer) the original covering angel (malakim) who iniquity was first found in, shall be revealed and all haughty with pride shall be cut off and brought down with him... cast into outer void into the lake of fire, burning with sulfer and brimstone and tormented forever!

I know... I know... the world is an evil, deceitful place. I grab not, for glamour, glory, honor and fame. I'm glad I do know the truth! In this realm... moth... rust... worm... and termite do eat.

I strive... aspire... and do store my treasure... IN HEAVEN.

Respectfully Submitted,

Roland Perry-Lott #707339
Terrell Unit
12002 F.M. 350 South
Livingston, Texas
77351

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

(All 8 options crossed out with large X marks)

C/O — H.B.

TO: **Property Room Supervisor** ★    DATE: 12-13-00
(Name and title of official)

ADDRESS: Mark W. Stiles — Unit Beaumont, Texas

---

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☒ Visiting List (Asst. Director of Classification, Administration Building)
6. ☒ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: **Property Supervisor**    DATE: 10-21-00
(Name and title of official)

ADDRESS: _____

**SUBJECT:** State briefly the problem on which you desire assistance.

I am taking this time to write and let you know that I am at my new unit of assignment. The Ferrell Unit, in Livingston, Texas. Would you please.... send the two brown paper bag's of my property which, Sgt. Collier, reassured me he would get to me as soon as my destination was known.

I only hope the Willacy Unit, in Raymondville, has sent my things too the Stile's unit by now (it has now been 16 weeks).

I do thank you for helping me in this terrible dilemma. Merry Christmas & a Prosperous Happy New Year!

Name: Roland P. — Lott    No: 707339    Unit: Ferrell
Living Quarters: 7H12-11    Work Assignment: Medical Squad #7

**DISPOSITION:** (Inmate will not write in this space)

7H-1-11

Your property has not arrived in the Stiles unit. 12/21/00

I-60 (Rev. 11-90)

---

**SUBJECT:** State briefly the problem on which you desire assistance.

I am kind of concerned about my property that was left in Raymondville, Texas, August 10, 2000.

Could you please inform me as to wheather they have responded yet or not.

THANK YOU,

Roland P. — Lott # 707339

B-B2 B-11

Name: Roland P. — Lott    No: 707339    Unit: ~~Stiles~~
Living Quarters: ~~7G B2D~~    Work Assignment: Medical Squad #1    3060
25

**DISPOSITION:** (Inmate will not write in this space)

When it comes in I'll get it to you. It takes 2 to 6 weeks.

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

\*\* Property Room Supervisor \*\*

TO: Willacy County Corrections    DATE: 12-6-2000
(Name and title of official)

ADDRESS: 1695 South Buffalo Drive, Raymondville Texas, 78580

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☐ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

Transfer \* directly

"1st class mail only" "NO TRUCK mail"

TO: Property Supervisor - Willacy Unit    DATE: Monday 1-8-2001
(Name and title of official)

ADDRESS: 1695 South Buffalo Drive, Raymondville, Texas, 78580

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am writing briefly to ask that my Property, including all my legal work, hygienes, (which includes a tube + one half a tube of toothPaste, a Pair of nail Clippers, 2 Jars of Pace setter hair food, one bottle - half bottle of suave shampoo, 8 blank envelopes, a bottle of Pace setter desdorant, blank writing Paper, and 3 white writing Pens.)

There are a pair of shower shoe's, Computer Certificate + lifeskills Certificate, Personal Property taxes, a few paperback novels, and an abundance of Personal Letters, holiday and occasion Cards. My Commissary bag has a Picture of a Red Fender Bass guitar, my initials "RPL" and a hand holding a Pen with a feather Pen, drifting ink, where a flower grows. Thank You ... Kindly

Name: Roland P. Lott   No: 707339   Unit: Terrell
Living Quarters: 7H - 11   Work Assignment: utility medical Squad #7

**DISPOSITION:** (Inmate will not write in this space)

Where is your property?

I-60 (Rev. 11-90)

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

If my PRoPerty has been Sent Please disregard! IF it hasn't, Please Send it to the Terrell Unit, in Livingston, Texas. All of my Personal County, PRoPerty taxes, as well as all of my legal court Papers and letters ARe Contained within. IN my various travels from Unit too Unit, I have Run into men who were at Willacy, they have told me MR. Villanueva, IS now the Property Supervisor? MR. Villanueva, Knows I haven't had my Property Since 7-19-00. When I left Willacy for the last time 8-10-00, LT. Guerra, told me "We will Send Your things too You" 6 months Now, Isn't that Rather long? My Commissary bag is brand new. My initials "RPL" IN large letter, A Picture of a Fender Bass guitar, A Feather Pen, a large Rose. All in black ink.... THANK YOU.

Name: Roland P. - Lott   No: 707339   Unit: Terrell
Living Quarters: 7H Row 2 Cell #11   Work Assignment: Medical Squad #7

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☒ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☒ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☒ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☒ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *Property Officer*
(Name and title of official)

DATE: *Wednesday* December 27, 2000

ADDRESS: _____

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☒ Unit Assignment, Transfer (Chairman of Classification, Administration Building)
2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)
3. ☒ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)
4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)
5. ☒ Visiting List (Asst. Director of Classification, Administration Building)
6. ☐ Parole requirements and related information (Unit Parole Counselor)
7. ☒ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)
8. ☒ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *Property Room* Mrs. Walker
(Name and title of official)

DATE: Wednesday January 17, 2000

ADDRESS: 12002 F.m. 350 South, Livingston, Texas 77351

**SUBJECT:** State briefly the problem on which you desire assistance.

I am writing to your department again for some update information. Please do not think of me as a nuisance, it is only my deep concern. I have never experienced anything like what is occurring in reference to my property, which I was forced to leave in Raymondville, Texas, earlier this year on the 19th of July. Currently, it has now been 22 weeks!

I do know that you are assisting me with total complete effort. My question is: did the Stiles Unit, ever receive it from Willacy, whom they notified on October 19, that was almost 10 weeks ago. Thank you... Roland P. Lott #707339

Name: Roland P. Lott    No: 707339    Unit: Ferrell
Living Quarters: 7H 12-11    Work Assignment: Medical Squad #7

**DISPOSITION:** (Inmate will not write in this space) I left word with Stiles Unit. No return call yet. As soon as I hear from them I'll let you know. Also sent I-60 to Stiles.
M Walker

I-60 (Rev. 11-90)

---

**SUBJECT:** State briefly the problem on which you desire assistance.

Mrs. Walker,

I spoke with Captain Boston about 2 weeks ago, concerning a bogus case that I received at the Wackenhut facility, which was my previous unit.

Somehow the conversation lead up to discussing the situation about my property, not catching up to me and its been 6 months now since July 19, 2000. I didn't even tell Captain Boston, that I had sent 2 I-60's in already. I am only doing so now... in the event he should happen to ask me! I can let him know I sent in this I-60, as he suggested. Thank you! Roland P. Lott #707339

Name: Roland P. Lott    No: 707339    Unit: Terrell
Living Quarters: 7H Row 2 Cell #11    Work Assignment: Work is Med. Squad #7

**DISPOSITION:** (Inmate will not write in this space) When your property arrives here you will get it.
M Walker

I-60 (Rev. 11-90)