```
Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Courtroom Clerk:    L M Villarreal
Law Clerk:          Jessica R Dart
Court Reporter:     Carolyn Newman
DUSM:               Doug Atkinson
CSO:                Ruben Salinas
```

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

Date:               February 22, 2001, 2:06 pm to 3:27 pm

------------------------------------------------------------

## C.A. NO. B-00-010 (HGT)

------------------------------------------------------------

```
ROLAND PERRY LOTT              *      Pro se
    VS                         *
WAYNE SCOTT, ET AL             *      Luis A. Reyes, AAG
```

------------------------------------------------------------

### *SPEARS* EVIDENTIARY HEARING

Petitioner appeared pro se; attorney Reyes appeared for the defendants.

Petitioner made his presentation regarding the following issues:

1. medical injuries--seeking monetary damages
2. back time--seeking credit for good time
3. trustee status--seeking reinstatement as trustee
4. missing property (legal documents)--seeking recovery of documents

Petitioner's request to amend pleadings **granted**.

(2:26 pm) Witness David Forrest, Warden for Wackenhut Corrections, does not appear as subpoenaed. The U.S. Marshal is ordered to find out where Mr. Forrest is.

Attorney Reyes responded to Petitioner's Complaint. Request to dismiss WAYNE SCOTT **denied**. Request to remove JOHN CORNYN, Texas Attorney General, as a party **denied**.

Hearing recessed.

(2:36 pm) Hearing resumed. Witness David Forrest appears. He informs the Court that he does not know where the property is at this point. Warden Forrest instructed to locate the property and submit a report (letter) to the Court by March 9, 2001.

Matters taken under advisement.

29