```
1        FOR THE SOUTHERN DISTRICT OF TEXAS
              SOUTHERN DISTRICT OF TEXAS
2                BROWNSVILLE DIVISION

3    ROLAND PERRY LOTT          )        Civil Action
                                )          B00-010
4    VS.                        )
                                )        Brownsville, Texas
5    WAYNE SCOTT, ET AL         )        February 22, 2001
     .........................)
6                                        United States District Court
                                          Southern District of Texas
7                                                 FILED

8                                          MAR 1  2001

                                          Michael N. Milby
9                                          Clerk of Court

10             SPEARS EVIDENTIARY HEARING
     BEFORE THE HONORABLE FELIX RECIO, MAGISTRATE JUDGE
11            UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT
12

13

14

15

16
     TRANSCRIPT ORDERED BY:       HONORABLE JUDGE FELIX RECIO
17
     APPEARANCES FOR
18
     THE PLAINTIFF (PRO SE):      Mr. Roland Perry Lott
19
     THE DEFENDANTS:              Mr. Luis A. Reyes
20                                Assistant Attorney General
                                  OFFICE OF THE ATTORNEY
21                                GENERAL, STATE OF TEXAS
                                  Post Office Box 12548
22                                Austin, Texas  78711

23   THE REPORTER:                Carolyn Newman

24   Proceedings recorded by oral stenography.

25   Transcript produced by computer.        ORIGINAL
```