UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROLAND PERRY LOTT | * |
| | * |
| VS | *   C.A. NO. B-00-010 |
| | * |
| WAYNE SCOTT, ET AL | * |

## ORDER DENYING APPLICATION FOR LEAVE
## TO FILE PETITION FOR WRIT OF MANDAMUS

On this the 8th day of March 2001, came on to be considered Petitioner's Application for Leave to File Petition for Writ of Mandamus (Pleading No. 16). The Court after considering said Application is of the opinion that the Application should be **denied**.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 8th day of March 2001.

Felix Recio
United States Magistrate Judge