Case 1:00-cv-00010   Document 34   Filed in TXSD on 04/12/2001   Page 1 of 2

34

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *ROLAND PERRY LOTT,* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. B-00-010 |
| | § | |
| | § | **JURY** |
| *WAYNE SCOTT, ET AL.* | § | |
| **Defendant.** | § | |

## NOTICE OF DESIGNATION OF NEW ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

**COMES NOW** the Attorney General for the State of Texas, and files this, its Notice of Designation of Attorney-in-Charge in connection with the above-referenced cause and in support thereof would respectfully show unto the Court the following:

### I.

The above-referenced cause of action has been reassigned within the Office of the Attorney General. Cari G. Bernstein has been reassigned to assume primary responsibility for this case in place of Luis A. Reyes. The new Attorney-in-Charge is familiar with the file and will comply with all scheduling orders. Undersigned Counsel respectfully requests that all future documents on this case be forwarded to Cari G. Bernstein in the Office of the Attorney General at the same address.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division


_____
CARI G. BERNSTEIN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 0079300
S.D. Bar No. 25427

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2080
Fax No.   (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, CARI G. BERNSTEIN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Designation of New Attorney in Charge** has been served by placing same in the United States Mail, postage prepaid, on this 10th day of April, 2001, addressed to:

Roland Perry Lott
TDCJ ID Number 707339
TDCJ-ID Terrell Unit
12002 S. FM 350
Livingston, Texas 77351

_____
CARI G. BERNSTEIN
Assistant Attorney General

2