IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

36

United States District Court
Southern District of Texas
FILED
APR 23 2001
Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT, §
NO. 707339 §
  Plaintiff §
 §
V. § Civil Action No. B-00-010
 §
 §
WAYNE SCOTT et. al, §
  Defendant. §

**Plaintiff's Request For Restoration Of Lost Days & Unconditional Release**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COMES Roland Lott, Inmate, Texas Department of Criminal Justice, and submit this request for restoration of lost days & unconditional release:

I.

1. The Texas Department of Criminal Justice, revoked, Plaintiff's Parole and took 599 out of Custody (street-time) days, for a "technical violation" for only missing two home visits.

Retired Supreme Court Judge Justice has stated "time does not stop but, continues to run in 12 month cycles, therefore, the state of Texas, has no justification for extending a persons sentence beyond that handed down by a state district judge.

2. The Texas Department of Criminal Justice, Bureau of Classification, excepted and allowed to stand. A frivolous disciplinary case brought by the "Wackenhut Corporation" against the Plaintiff for a civil lawsuit filed in November, 1999.

A. 487 days good-time were taken from the Plaintiff who had an exceptional, past conduct record, through County jails, as well as, the Texas prison system. No fights or arguments, with inmates, officers, or administrative staff. Records shall reflect the truth.

B. 283 days work time was taken from the Plaintiff. This in violation of Texas' Compensation rules. Inmates are not paid therefore, unlike other states, work time is credited in conjunction, with flat time. Texas will justify such action if an inmate refuses to work and or the inmate is in administrative segregation. Plaintiff never refused to work and only spent 63 hours in Solitary Confinement.

C. When an inmate enters the system. They are signed a line class 1 status. With good conduct they progress to SAT 4, 3, 2, 1 (state approved trustee.) For those who refuse to comply with rules and guidelines. They are demoted to Line class 2 or 3. The Plaintiff was demoted from an S-3 all the way to L-3. "Wackenhut" knowing full well that by doing such. I would have to do the entire remainder of my sentence day for day. Plaintiff does not qualify for goodtime as a result.

Curiously, Plaintiff, has not had a single disciplinary case since July 19, 2000, at "Wackenhut" Coincidence....retaliation?

D. This is how the "state of Texas" Texas Department of Criminal Justice, reinforces, their theoretical opinion that, a wise scientific approach, can't be used to make the right decision, whenever it is convenient, to understand what an inmate expresses.

## II.

Seldomly, if at all, do you hear about the vast majority of ex-inmates who return to their communities and are living law-abiding citizens. You do not hear about the good things they are doing for themselves and others, demonstrating their ability to become productive members of society. This only adds to the perception that prisoners should be locked up forever.

I was a productive, working law-abiding citizen before the state revoked me. If I failed to satisfy or violated certain conditions of my sentence, the parole board should have evaluated the relevant facts. I had a good argument that the circumstances did not warrant reincarceration.

These are only some of the formal consequences faced by convicted persons. Often the harshest consequences visited upon a felon is the social stigma of a criminal record - one that poses barriers to employment and can give rise to other unpleasant and embarrassing situations.

### III.

Always keep in mind that our legislature has expressly stated its commitment to the rehabilitation of inmates, and that policy should count for something when you are trying to move on from a dark period in your life.

Lawmakers should strive to gain an informed account of crime and prisons and present these truths to the citizens of this state. Then, the people of Texas will learn that rehabilitation is a myth, and focusing on punishment alone will not solve the criminal justice issues which the Texas Department of Criminal Justice uses as their stepping stone.

### IV.

How can I feel good about myself and remember that I have rights? Pat searches and strip searches, lack of privacy, room searches, reading of mail, arbitrary punishment and degradation by officers, all this has me in a state of emotional equilibrium. Here at the Terrell Unit, I am one of the "medium custody" inmates being housed in the "closed custody" building because of prison overcrowding. A blatant violation of my civil rights.

There is frequent assualts on officers by inmates, and inmates on inmates. I live in constant daily fear. There is gas used frequently. I am a chronic heart patient who has hypertension and now have contracted Hepatitis in prison agaisnt my will. "Closed Custody" should not even be on the Terrell Unit because, Death Row is housed on this unit as well. Records can confirm this.

Federal agency's warned the state of Texas about these violations, in October of this past year 2000. Unless the court steps in to enforce the rules. Texas will continue to be in violation and violate my civil rights as well.

What others have tried to tear down we can mend beginning with the "**BILL OF RIGHTS.**" I have a right to be myself! I have the right to love and beloved. I have the right to be human and make mistakes and I have the right to be safe.

Prisoners, as do most politicians, know that "absolute power absolutely corrupts." I cannot overemphasize the urgent need for the Federal Judicial system to start asking questions about why "Texas" prison officials are implementing new policies and procedures that do not comply with the dictates of Correction law?

## V.

I am implored to seek understanding about my civil injustice and to recognize the primary reason to challenge Texas' status quo as fundamental unfairness. I have the courage to write, to record and articulate which is my giant step toward freedom. By petitioning the court agaisnt discriminatory and offensive practicies, I have a moral right to contest unjust laws.

WHEREFORE, PREMISES CONSIDERED, Inmate Roland Lott, Plaintiff, Texas Department of Criminal Justice, urge this Court to GRANT Plaintiff any and ALL relief demanded in his civil complaint and to grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Roland Perry Lott "Pro Se"

## Certificate of Service

I, Roland P. Lott, inmate, TDCJ-ID, do hereby certify that a true and correct copy of the above and foregoing request for restoration of lost days & unconditional release has been served by placing same in the United States mail on this 20th day of April 2001, addressed to:

Cari G. Bernstein
Attorney in Charge
P.O. Box 12548, Capitol Station
Austin, Texas
78711

Roland Perry Lott "Pro Se"
Terrell Unit