38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
Plaintiff,

V.

WAYNE SCOTT, et. al.,
Defendant.

Civil Action No. B-00-010

PLAINTIFFS SETTING FORTH OF FACTS SHOWING EACH DEFENDANTS KNOWLEDGE & PARTICIPATION

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW Plaintiff Roland Lott, Inmate, Texas Department of Criminal Justice, and file this Setting forth of facts showing each Defendants knowledge & Participation. In support thereof, Plaintiff respectfully offer the following:

I.

In 1999, the Plaintiff wrote numerous letters to the Texas Board of Pardons and Paroles care of 420 S. Main, San Antonio, Texas, 78205, explaining exactly what he was encountering at the Willacy State Jail, "Wackenhut" in Raymondville, Texas. The Plaintiff asked that his letters be forwarded to the TDCJ-ID, executive director Wayne Scott, by the newly appointed Board members, who then Texas Governor George W. Bush, Jr., had recently selected.

The Plaintiff had personal secret information as to who these new appointees were and their personal portfolios, resume and complete background. The Plaintiff painstakingly took the time to write each member, Paddy Burwell; Lafayetta Collins; J. Paul Keil; Filberto Reyna; Linda Garcia and Lucinda Simmons; to inform them what "Wackenhut" was doing to me and

ask that each member personally enlighten Mr. Scott, on my behalf, through correspondence or fax, the terrible dilemma that I [Plaintiff] was facing at the private facility.

I wrote a letter to Secretary Juanita Limas or current secretary and ask that my letter be brought to the attention of Mr. Scott, at the address of 8610 Shoal Creek Blvd. Austin, Texas, 78711. Mailroom records and data receipts will verify all this to be true and correct. I [Plaintiff] likewise, while still at "Wackenhut" wrote a letter in complete detail to TDCJ, director Gary Johnson; explaining the same details.

I am now under the impression that defendant Scott "does not" handle nor is he informed of situations as my own which are considered minute and are left to subordinates to handle [even when the U.S. Mail is adressed to his [P]erson specifically making it a federal document] where mismanagement and corruption abound..... exactly my point. Maldonado v. Terhune 28 FS 2d 284

## II.

I was sent to the John Sealy hospital in Galveston, Texas on Thursday February 8, 2001, to the care of an orthopedic specialist for a fractured right hand. The doctor expressly told me to return in 3 weeks. A fiberglass cast was put on my hand and the specialist wanted to see how my hand was healing so he could deside wheather surgery was needed or to replace the cast with a plaster cast.

It has been 12 weeks now and I cannot get the staff at my unit to send me back. My hand is still swollen and it hurts. I am an instrumentalist academically trained and I fear and dread the thought that my hand might have to be rebroken. This is cruel and unusual gross negligence. IF I were in society this would not have happened.

Why was I put on an upper bunk at the Terrell Unit when my medical record file is 5 inches thick?

## III.

I do agree that the defendants are entitled to their qualified immunities. However, that extends only too and doesn't exceed 20% percent. I have been informed that I now have hepatitis C through no fault of my own. I am a heterosexual male. I never was an interovenius drug user and I have not one tattoo on my entire body. I have nothing pierced... not even an ear. Now I have a death sentence which will be long and painful. The medical department isn't doing a thing about it.

The defendants are certainly responsible for my malady, "fundamentally"... wheather consciously or unwittingly, as much as they may talk againsnt it. This is why for example there were restriction why TDCJ-ID, did not place its name on anything or other forms of publicity in Raymondville, Texas.

Their complete forum allows them not to have to state a position or "Qualtative Relationship." This should cause people to focus their attention on the defendants [States] primary contradiction. Any official policy or agreement on such a high-level constructive engagement such as TDCJ-ID, and the Wackenhut Corporation. The knowledge and participation clearly exist... It was very clear.

## IV.

Medical care within the prison industry is a contradiction of its own in Texas. One usually assumes that any medical procedures would be oriented to provide "Preventative Care", but this is not the case. This has caused widespread out-breaks of serious infections, like those that are occurring at the Ramsey II unit here in Texas.

At Ramsey II there has been scabies and staph infections left untreated, leaving up to three hundred prisoner infected. This is an example of how executive prison officials and medical staff will contagions to spread to epidemic proportions without the slightest medical attention being taken. As for inmates who have already contracted serious and fatal illnesses such as Hepatitis C, Cancer, HIV and AIDS, there remains little hope that these prisoners will find any relief in medication. Using the pretense that this medications are too expensive for the prison Health because of limited funding are left to degenerate in cells.

There remains an even greater atrocity being committed on inmates used as guinea pigs right here in Texas. The federal office of Human Research ordered the University of Texas medical branch (UTMB) to stop their prison based research on prisoners. But regardless of the order, officials of UT stated that none of the experiments had been stopped because UTMB doctors deemed it "in the best medical interest" of the human guinea pigs to continue. There is no way possible that the defendants can say they didn't have any knowledge or participation of facts and to do so would either be purposefully ignorant amazingly unknowledgeable, or an act of deliberate indifference and reckless cruelty.

Respectfully Submitted,
Roland P. Lott #707329
Terrell Unit
12002 S. FM 350
Livingston, TX 77351

# Certificate of Service

I, ROLAND P. LOTT, Plaintiff, do hereby certify that a true and correct of the above and foregoing Plaintiff setting forth of facts showing each defendants knowledge & participation, has been served by placing same in the United mail on this 29th day of April, 2001, addressed to

Cari G. Bernstein
Attorney-in-Charge
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Roland P. Lott "Pro Se"
Terrell Unit