IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 07 2001

Michael N. Milby
Clerk of Court

39

ROLAND PERRY LOTT,
  Plaintiff,

v.

WACKENHUT CORPORATION,
David Forrest,
  Defendants.

Civil Action No. B-00-010

## MOTION TO COMPEL COMPLIANCE WITH COURT ORDER

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW Plaintiff Roland Lott, and files this, Motion to Compel Complaince with Court Order in connection with the above-referenced cause and in support thereof would respectfully show unto the Court the following:

### I.

A. The defendants have caused unnecessary delays in the due process rights of the Plaintiff.

B. The defendants could have possibly acted in Contempt of Court for their failure to comply with Court order, on the 22 day of February, 2001.

C. The defendants have invaded into the Plaintiffs Civil Rights, over and above this cause of action by their deliberate acts of refusing to comply with Court Orders.

D. The defendants have still to this date not complied with Court order to release my personal property to me. I submit inmate request to official dated 4-10-01.

E. The defendants have in no way whatsoever made any attempt to return my property to me nor have they answered "any" of my letters or I-60's request, requesting information to my property.

### PRAYER

The Plaintiff Prays that the defendants will have to act appropriately to Court Orders and be made to return all my property to me in a manner described by Court Order, be prevented from further invading into the Plaintiffs rights of due process and be prevented from causing any further disruptions or delays of this

cause of action against them and the Plaintiff respectfully request that the appropriate Sanctions be imposed or any other relief this Court deems appropriate.

## Certificate of Service

I, Roland Lott, Inmate, TDCJ-ID, do hereby certify that a true and correct copy of the above and foregoing Motion to Compel Compliance with Court order has been Served by placing same in the United States mail on this 23 day of April, 2001, addressed to:

David Forrest
Senior Warden
Wackenhut Corporation
Willacy State Jail
1695 Buffalo Drive
Raymondville, Texas, 78580
FAX 689-4001

Roland Perry Lott #707339
("Pro Se")

## ORDER

On this day a motion to Compel Compliance with Court Order is of the opinion that it should be GRANTED. It is therefore ORDERED that Plaintiffs' motion to Compel Compliance with Court order is GRANTED.

Judgment is entered for Plaintiff Roland Perry Lott.

SIGNED on this the ____ day of _____, 2001.

_____
JUDGE PRESIDING