IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

40

ROLAND PERRY LOTT,
  Plaintiff

V.

WAYNE SCOTT, ET AL.
  Defendant.

Civil Action No. B-00-010

## PLAINTIFF'S MOTION FOR REQUEST ORDERING MAGNETIC RESONANCE IMAGING

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Comes now Plaintiff Roland Lott, inmate Texas Department of Criminal Justice, and file this motion for request ordering Magnetic Resonance Imaging. In support thereof, Plaintiff respectfully offer the following:

### I.

Plaintiff is an inmate confined within the Texas Department of Criminal Justice. The events giving rise to my complaints occurred on different dates while housed at the Willacy State Jail, the Wackenhut Corporation of Raymondville, Texas. On each and every occasion the accident injuries I sustained were severe enough that any competent medical student would have immediately ordered a series of X-rays, since the accidents involved head, neck, and lower lumbar sacral (spine).

Upon my each a every request, I was denied. I am quite sure my plea's were not even logged in which has been and probably is a command practice of Wackenhut facilities, to this very day.

### II.

On many days Laundry Supervisor ordered and forced the Plaintiff to lift large laundry carts and tables knowing full well

-- that Plaintiff was evaluated in April of 1999, and giving the continued HS18 medical restriction that was already in his medical chart. Supervisor O.B. Gonzales, with the constant threat of a major disciplinary case forced the Plaintiff to work constantly way beyond his capable means while in excruciating pain to the point where the Plaintiff would cry at night in full view of the majority of his dorm mates. Plaintiffs work restrictions were and still are called for sitting down and no lifting.

### III.

On Sunday February 4, 2001, while at the Terrell Unit in Livingston, Texas, Plaintiff slipped off of his top bunk a fractured his right hand. Plaintiff was sent to the U.T.M.B., John Sealy Hospital Thursday February 8, 2001, in Galveston, Texas, after unit doctors agreed his hand needed special care. A plaster temporary cast was put on the Plaintiffs hand after x-rays were taken and decided upon by an orthopedic surgeon, that Plaintiffs hand was to swollen for any additional treatment at that time.

The surgeon explained to the Plaintiff personally that it was of the utmost importance that the Plaintiff return in exactly 3 weeks so a critical decision could be made wheather to operate **or** put a fiberglass cast on for an additional 6 months, plus rehabilitational therapy at the Estelle Unit in Huntsville.

On February 22, 2001, during a Spears evidentiary hearing. The Honorable Judge FELIX RECIO, ask the Plaintiff what had happened to his arm. Why was it in a shoulder sling. After hesitation the Plaintiff explained how it had happened.

### IV.

The Terrell Unit never would place the Plaintiff on a list to return to the U.T.M.B., Hospital.

After continued inmate medical request to the medical department the Plaintiff become VERY depressed because his hand was in pain and swollen.

## V.

After 3 months, 12 full weeks the Plaintiff could no longer bear the pain, hurting and swelling. Plaintiff submitted an ultamatum asking medical staff to remove his cast or allow him (Plaintiff) to do so. On May 2, 2001, medical at the Terrell Unit removed the Plaintiffs cast. Everyone is shocked at the tremendous swelling which is still present. The Plaintiffs hand is afflicted, swollen, in unbearable pain. The middle, ring, and small fingers will NOT EVEN CLOSE.

The Unit X-Ray Technician and one of the doctors had and argument in the presence of the Plaintiff which the Technician commenting, "My GOD he can't even close his fingers why the *?÷$ did you people leave a temporary cast on for 12 weeks and didn't send this man back to John Sealy. I can't get a conclusive X-Ray like that — NO WAY!"

My back and neck still hurt daily and my hand aches.

To allow all this constant pain, agony, suffering, depression, obcession to continue is way beyond the Plaintiffs comprehension. For the highly educated professional who let this continue it is obvious as a picture that they are either purposefully ignorant, amazingly unknowledgeable, or it is a punishing act of deliberate indifference and reckless cruelty.

## VI.
## Conclusion

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray that this Court grant MOTION FOR REQUEST ORDERING MAGNETIC RESONANCE IMAGING (MRI) and for such other and further relief as warranted.

Respectfully Submitted,

Roland P. Lott
_____
Terrell Unit

## Certificate of Service

I, ROLAND P. Lott, Inmate, TDCJ-ID, do hereby certify that a true and correct copy of the above foregoing motion for Request ordering Magnetic Resonance Imaging (MRI) has been served by placing same in the United States mail on this 09 day of May, 2001, addressed to:

Cari G. Bernstein
Assistant Attorney General
Attorney-In-Charge
P.O. Box 12548, Capitol Station
Austin, Texas, 78711