IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
    Plaintiff,

V.

WAYNE SCOTT, et. al.,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION
Executive Director,
Wackenhut Corporation,
    Defendants.

§
§
§
§
§
§
§
§
§
§
§

Civil Action No. B-00-010

JURY

## PLAINTIFF SUBMITS ADDITIONAL FORM

TO THE HONORABLE JUDGE OF SAID DISTRICT COURT:

COMES NOW Plaintiff Roland Lott, Inmate, Texas Department of Criminal Justice, and respectfully offer the following:

### I.
### Inmate request to official

On May 18, 2001, Plaintiff submitted a request to Terrell Units, Grievance Officer, requesting information for disciplinary case number 20000343184, to be brought upon computer concerning a Step 1 formal grievance, which Plaintiff filed on August 2nd, 2000, while still at Wackenhut Corporation, Raymondville, Texas. The disposition will clearly show that Wackenhut violated Plaintiff's due process by intentionally refusing to acknowledge it's (grievance) existance.

Respectfully Submitted,

Roland P. Lott
8J-56
Terrell Unit

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☒ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☒ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Grievance Officer
(Name and title of official)

DATE: 5-18-01

ADDRESS: 12002 S. FM 350, Livingston, TX, 77351

ClibPDF - www.fastio.com

**SUBJECT:** State briefly the problem on which you desire assistance. ✶ CASE NO: 200000343184 ✶

I recently received a reply to a letter I sent to the administrative offices in Huntsville, suggesting I inquire at my Unit under the above number. I would like to inquire about the "Major Case" I received in Raymondville, Texas. I was found guilty on 7-21-00. I filed a formal grievance on the morning of August 2nd, 2000, 2 days before the 15 day deadline. Wackenhut would never allow me to know its status. Please inform me below if it was ever processed or not. I addressed it to Head Warden David Forrest. THANK YOU.

Roland P. Lott 707339

Name: ROLAND P. LOTT        No: 707339        Unit: TERRELL
Living Quarters: 8J-56        Work Assignment: UNASGN.

**DISPOSITION:** (Inmate will not write in this space)   WE DON'T HAVE ANY RECORD OF YOU APPEALING THIS CASE.

I-60 (Rev. 11-90)