44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLAND PERRY LOTT, Petitioner | § § § | |
| V. | § | CIVIL ACTION NO. B-00-010 |
| WAYNE SCOTT, EXECUTIVE DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL, DAVID FORREST, HEAD WARDEN WACKENHUT CORPORATION, DEFENDANTS. | § § § § § § § § | JURY |

United States District Court
Southern District of Texas
FILED

JUN 21 2001

Michael N. Milby
Clerk of Court

PLAINTIFF'S MEDICAL ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROLAND LOTT, inmate, Texas Department of Criminal Justice, and files this medical advisory to the Court. In support thereof, Plaintiff respectfully offers the following:

## I.
## Medical

Plaintiff physically received a response to this letter at 10:00 P.M., Wednesday, June 6, 2001. The officers were late handing out inmate mail. Hi-lited in pink is the notification that the Plaintiff was scheduled to see Dr. Porras; the following morning. Standard unit procedure, is that inmates received an offical layin pass which authorizes clearance to destination. Plaintiff did not receive a layin when the mail was handed out, so the Plaintiff retired for the night. Around 1:00 a.m., Plaintiff was awakend by an officer Nelson, who informed him that he was on a medical chain.

Plaintiff did not at first understand the officer's comment. Plaintiff takes 300 mg's of ELAVIL each evening, which is a powerful sedative. On any given night, one would be incoherent on such an amount.

Plaintiff was in no condition to pack an excessive amount of property on this medication. There were no advance warnings, which would have allowed the Plaintiff not to take the bedtime medication on this particular night. It is a very strange coincidence that there were no advance warnings.... that the response to my correspondence arrived...physically only hours (two in fact) before I was informed that I was on a medical chain after months of delays.

## II.
## STORM

Tropical storm ALLISON was decending on the city of Galveston, Texas, where the John Sealy Medical Center is located. Under all this tremendous stress I had no other alternative but, to decline and sign what the medical staff considers a refusal.

Another fact was that whole area of Southeast Texas, was hit hard by overwhelming flooding. The Terrell Unit, likewise had its share of rain and flood warnings the past two weeks.

## III.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request that this Court allow's this to be entered into evidence in this case.

Further, Plaintiff Prays the Court does not hold him Personally accountable for the actions of the Prison administration.

Respectfully Submitted,

Roland Perry-Lott #707339
8J-63
Terrell Unit
12002 S. FM 350
Livingston, Texas
77351

# Certificate of SERVICE

I, Roland Lott, Inmate, Texas Department of Criminal Justice, do Certify that a true and Correct Copy of the above and foregoing Plaintiff's Medical Advisory to the Court has been Served by Placing Same in the United States mail on this the 18th day of June, 2001, to:

Roland Perry-Lott #707339
8J-63
Terrell Unit
12002 S. FM 350
Livingston, Texas 7735

Cari G. Bernstein
Attorney-in-Charge
P.O. Box 12548, Capitol Station
Austin, Texas
78711

David Forrest, Warden
Willacy State Jail
1695 S. Buffalo Drive
Raymondville, Texas
78580

Civil Action No. B-00-010     5/30/01     May 18, 2001

Dr Porras: Telemedicine Clinic Visit scheduled for 6-7-01.

Orthopedic Clinic:

To whom it Concerns,

    I am writing this letter in need of urgent assistance! On 2-4-01, I fell off of my top bunk fracturing my right hand. On 2-6-01 X-Ray's were taken here at the Terrell Unit. I was then sent to U.T.M.B. on Thursday, February 8, 2001, where more X-Ray's were taken and a plaster cast was put on my hand.

    My hand was so swollen, the doctor, expressly stated that he wanted me to return in 3 week's, so he could remove the cast and make a final decision whether to operate or put a permanent fiberglass cast on for an extended period of time.

    In the course of events. I was off of the Terrell Unit, at another Unit, taking care of a legal obligation, when my name and number came up on computer. No one thought to inform me or just weren't aware of the situation.

    I myself was not aware! In the middle of April, I sent in a sick call requesting information here at the Terrell Unit. The response was rescheduled. The first week of March, I happen to be in the infirmary picking up a KOP. I ask the Doctor, when was I suppose to return to John Sealy! When he went and got my med., chart he was schocked to see that, I SHOULD HAVE BEEN back 7 weeks prior.

    So he jotted it down to reschedule again. My hand was still swollen and aching terribly. So, I finally submitted another sick call request, asking the medical staff to remove the cast or allow me to do so with supervision.

    Finally, the medical staff removed the cast on May 2nd. My hand still hurts something awful. My middle finger bends slightly but my ring finger and small finger will not bend at all. Especially, my small finger. It aches, it won't bend, and very swollen at the middle joint like a weiner, and still hurts badly, where the initial fracture is up by my knuckle.

Done 5/31/01

P.#2 5-18-01

I am very, very concerned about my hand literally. Second, I am a professional musician, so I need not explain any further. The medical staff here have treated me kindly, but, when is the bone clinic going to send for me?

I pray this letter bring's you up to date and alerts....... everyone concerned that, I patiently endure my wait. I request that the U.T.M.B., contact <u>Dr. Porras</u> or <u>Ross</u> <u>A.S.A.P.</u>, he at the Terrell Unit, or write me a reply at your earliest convenience.

Respectfully Submitted,

<u>Roland Perry-Lott #707339</u>

TERRELL Unit
12002 S. FM 350
Livingston, Texas

77351