# IN THE UNITED STATES DISTRICT COURT 45
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
Petitioner

V.

WAYNE SCOTT, EXECUTIVE Director
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, et al,
DAVID FORREST, HEAD WARDEN
WACKENHUT CORPORATION,
Defendants.

CIVIL ACTION NO. B-00-010
JURY

United States District Court
Southern District of Texas
FILED

JUN 2 1 2001

Michael N. Milby
Clerk of Court

## PLAINTIFF'S ADVISORY REGION I DIRECTOR TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Roland Lott, inmate, TEXAS Department of Criminal Justice, and files this Region I director advisory to the Court. IN Support thereof, Plaintiff respectfully offers the following:

## I.
## Region I Directors office

Plaintiff wrote a letter on May 15, 2001, to the region I director, in Huntsville, Texas. After all of the information was explained the response was Negative, as if the reality was true simple because I am a Texas inmate. My Past Conduct record should have aroused some suspicion or a more thorough investigation, should have, but, was not conducted. By restating this same concept in three different ways, a solid and truthful interpretation can be reached.

## II.

The defendants trust their own instincts, being from the same cloth and swaying tendencies. IF you have economic freedom and Political freedom, moral freedom, as well as medical freedom becomes inevitable at some Point. I am suffering mental as well as, Physical Pain, immeasurable agony, inexpressible mockery... indescribable. which will be with me for the rest of my Natural life.

## III.

## Conclusion

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request that this Court allow's this to be entered into evidence in this case. Further, Plaintiff Pray's "Do Not withhold good from those to whom it is due, when it is in the Power of Your hand to do so."

Respectfully Submitted,

Roland P.-Lott # 707339

8J-63

Terrell Unit

12002 S. FM 350

Livingston, Texas

77351

# CertIFICaTE OF SERVICE

I, RolaND LoTT, inmate, TEXAS DePaRTment OF CRIMINal JUSTICE, do hereby Certify that a true and Correct CoPY of the above and foregoing Plaintiff's advisory Region I Director OFFICE has been Served by Placing Same in the United States mail on this the __18th__ daY of June 2001, to:

Roland P. Lott #707339
8J-63
Terrell Unit
12002 S. FM 350
LiViNgStoN, TEXAS 77351

CARi G. BernStein
ATTorNEY-iN-Charge
P.O. Box 12548, Capitol Station
AusTiN, TEXAS
78711

DAViD ForreSt, WARDEN
WiLLACY STATE JAIL
RAYmoNdViLLE, TEXAS
1695 S. Buffalo DriVE
78580

*Civil Action No. B-00-010*

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION

## Inter-Office Communications

**To**   Lott, Roland TDCJ# 707339                    **Date**    June 5, 2001

**From**   Capt. Miller, Region I Directors Office          **Subject**    Offender Correspondence

This office finds no errors in the disciplinary proceedings or punishment imposed in your particular case. No further action is noted at this time.

BL/sm



Terrell
capt.
Miller

—2001

Regional Director:

Hello!

I am writing to you personally because, you are one of the top professionals, in the state of Texas. I have a heavy burden that I carry like the yoke of an oxen, who's weight is affecting me mentally and physically.

I am serving a sentence for a technical violation for missing two some visits. I have now been incarcerated since December 22, 1998.

In April of 1999, I arrived at the Wackenhut facility in Raymondville Texas. I immediately informed the medical staff, that I had a chronic medical condition which involved my heart, back, and kidneys.

I further explained to the medical staff, that when I had been released on parole May 1, 1997, I have 7 restrictions, that I had come to prison with from society, that were permanent and documented by the Texas Rehabilitation Commission, and the Social Security Administration, as well.

All of my explaining went unheeded and I was placed on a top bunk. The late evening of the day of my arrival, I had taking ill and while trying to climb onto an upper bunk. I blacked out a fell hitting my head, back, and neck on a bottom bunk, next door to mine totally knocking myself out.

When I awoke. I found myself in an emergency room on a portable gurney. I yelled out! from the immense excruciating pain. I begged a male nurse to please give me some x-rays because, I had a C-1 fracture of my neck, and Lo cracked disc in my lower back, as a result of being trampled by a Santa GerTrudis, bull, on April 16, 1984, after the horse I was riding slipped and I tumbled off backwards.

The male nurse A. Ximenez, flatly told me ... you don't need any x-ray's ... and that, that was that. They even put me back on the top bunk, where I had to lay for 2 whole week's where kind inmates brought me my meals 3 times a day.

On July 15, 1999, I slipped and fell ... again ... outside of our dormitory, where during the morning hour's after midnight, where the floor had been stripped, waxed, polished, and mopped, and no yellow waring signed had been placed to alert anyone.

After I came too around 30 second's later, a female officer, ms.hite, wrote up an accident report, then I was sent to the Infirmary.

I begged the medical department to Please give me some X-ray's because, I hurt my back and neck again and their in excruciating Pain. I wrote a letter to Huntsville, Diagnostic medical and another letter to the U.T.M.B., TDCJ-medical Division, in Galveston, Texas. My letter's were sent back to the Wackenhut medical Department, and I was called in and given a scolding by F. Der ther, Head Nurse and acting medical Administrator.

I explained how severe the pain was that I needed these X-ray's, So she called in Dr. J. Desai, the units only doctor, who told me I only needed Tylenol and to meditate. I informed them that I would have too sue to get the Proper medical Attention. They laughed at me and said, "go on ahead, if you think you can."

The last week of July 1999, I had my first Parole interview, and I asked Parole officer R. Rodriguez, to Please Put me down for a halfway House..... which was my initial Plan... I had no other alternative ... I had been living in a homeless shelter, when I was arrested.

On September 10, 1999, I was interviewed by the Unit Classification Committee, and assistant Warden Brand; Promoted me from a Line Class to an Sat-3., His comment was," he liked my attitude and Noticed I had NEVER! even had so much as even a minor case.

The last week of September 1999, I received the Parole Boards decision to grant my Parole for June 2000. I had successfully completed a 180 hour Computer class; a 180 hour life skills class; and, I was removed after 90 hours; of a 180 hour Drug and alcohol Course, because we state I.D., inmates were No longer required to take the Course and to make room for the state Jail Confinee's.

The last week of November 1999, I filed a Federal law suit againsn the Wackenhut facility because, medical would Not Honor my medical Complaints, Nor would they allow any of my letter's to leave the unit, which I addressed "Medically" the Private mail room would take my letters straight to Willacy's Infirmary.

On January 10, 2000, I had a 3-way teleconference with U.S. District Judge Jane Coofer-Hill; and assistant attorney general, Carolyn merchan; in Austin, Texas.

The Chief of Classification had resigned and a Captain L.D. Montgomery, was Temporary Chief of Classification. "Chief" Montgomery sat on the edge o. Tis chair listening, because, he had Push office Intercom, so he could listen in. As the allegations and seriousness of the case was read, Mr. Montgomery, was looking at me like a Cat.... looks at a mouse.

At the end of my tele-Conference, Judge Cooper-Hill; told Mr. Montgomery; she had been hearing a lot about "Wackenhut's" lately and Frankly .. it had all been negative. All of a sudden I was getting the royal treatment. It was guy this and guy that.... did I need anything ET-Cetera.

In late February, Judge Cooper-Hill; talked with assistant warden Rodriguez; who assured her, he would Promptly have a copy of my inmat. Trust fund account forwarded to her. When May 31, 2000, rolled around, I wrote an I-60 to Parole officer Rodriguez; for some current Parole information

Her reply was that the field officer's contacts on my visitors list were all negative, and that I would have to wait until my shortway discharge date of 11-22-00. I was crushed, hurt and devastated with what I was reading. There were friends of mine on the unit, who had the same release month (June 2000) who had FI's 1,2 and 3, who had requested half-way house placement, who were leaving the unit each day going to Huntsville the wall's) to be released.

I had even sent Ms. Rodriguez, letter's from 7 different halfway house's who had accepted me as early, as February 2000, after I personally written these places myself. On 7-19-00, I Placed a sick call in the box around 10:20 P.M., I have heart disease! At 11:00 P.M., male nurse, A. Ximenez; called me out of the dorm to the Picket Area. It was Back time.

He wanted to ask me 5 to 7 questions, which he said, "was routine." The 1st question was did I feel like hurting myself, or any other person, I answered NO!—— Negative. The last question was did I feel like harming myself, or any other person, I answered NO!—— Negative.

Then Nurse Ximenez; said, "Hey Lott!" Shouldn't you be gone home already? Weren't you scheduled for Parole in (June 2000).... what happened? I answered his question directly, in a sad but: **Humorous** way.

Well! Ms. Rodriguez; didn't submit my Parole Plans Properly, as I ask her. She should be ashamed of herself....

Case 1:00-cv-00010   Document 45   Filed in TXSD on 06/21/2001   Page 8 of 10

"I could just kill her for that." Now I have to wait until 11-22-01, to get out. Nurse Ximenez, laughed and told me, "Quit worrying, it will get here soon enough." I Put your sick call in the box, where they will get it first thing in the morning.

Around 11:45 P.M., A Sgt. Ortega, called me out of the dorm, hand-cuffed me, took me to the infirmary, then around to "AD-Seg." I told myself... Ahh... It's just for a 12 hour observation. I fell asleep but, was awakened around 3:00 a.m., by an officer who said, "He needed a statement." I asked a **WHAT!** You've got a case here ... I have never had a case mister ... is what I told him.

So he read what a rookie officer of 6 months J. Concha, who had been standing 10 feet from me and Nurse Ximenez: "Offender Lott, threathened harm to another Person, other than an offender by stating.
[The next time he saw Parole officer Rodriguez, he was going to kill her!] **WHAT!** No... No... No... No... I did not say that. In fact the truth is ... I didn't say that at all. The next morning 7-20-00, I was taken before a Prelimanary hearing. I Plead not guilty.

Friday Morning 7-21-00. I stood before the Major case hearing officer. None other than Captain L.D. Montgomery... who was now back in his regular position.

Captain Montgomery ask me if, I had any witnesses. I told him No! because it was bedtime and I had been called out of the dorm. Captain Montgomery said, then I have no choice but to find you guilty! I said, "Captain Montgomery I did not say what I am accused of.

I have never caused a single Problem on this unit, or anywhere else for officers or inmates. I was given 45 days no commissary, 45 days cell restriction, 45 days, no recreation, 15 days solitary con-finement. Demoted from S-3 all the way to LC3 and had 770 day's good time taken? 487 days good time and 283 day WORK-time? Worktime isn't even an option thats my compensation for not "being Paid" in Texas. Everyone knows that. I never refused to work either!

The officer misunderstood or misquoted what I said, entirely." The day I arrived at Stiles unit, the UCC committe grilled me about threatning and officer, this was in October 2000. When I Arrived at the Terrell Unit, in December 2000, the UCC committe

Case 1:00-cv-00010   Document 45   Filed in TXSD on 06/21/2001   Page 9 of 10

roasted me about threatning ~~and~~ an officer. No one, has ever allowed me to speak. They all assume, I said, what I was accus of. It's now very clear what happened! Sueing Wackenhut and a few individuals. They were waiting for anything... to use against me. Even a little white lie. Captain Montgomery knew on 1-10-200?

Captain Montgomery, saw me in the library one day in February 2000, having papers notirized and just happen to casually stroll in wanting to view a newspaper.

What I said (figuratively speaking) was taken out of context. Wackenhut only recently sent me all my property minus my hygiene on May 2, 2001, ..... 10 month's later... trying to keep me from all of my "legal material." I was in federal court on 2-22-01, during a Spears evidentary hearing, when the judge gave David Forrest head warden, 2 weeks to get my property to me.

I received it 8 weeks later! The judge has also allowed me to amend my suit because, the judge flat out stated he truly believe's Wackenhut gave me a bogus disciplinary infraction because of the lawsuit I have against them. I wrote a formal grievance addressed to the head warden of Wackenhut on the date of August 2, 2000. The morning before the 15 day deadline

It was never answered after 5 letters I wrote in the last 8 month's. I don't know why Huntsville, never investigated! TDCJ officials were always down in Raymondville, investigating one thing or another. I am only incarcerated because, of the two home visits I missed. Since being back in TDCJ. Many <u>ranking officers</u>, after I explained my dilemma, have said, "That is very weird and peculiar for Wackenhut to drop you all the way to Line Class 3, even if you had been guilty.

Even the officer's have said, "Wackenhut" did all that out of <u>Retaliation</u>, for that lawsuit you have against them. I started to write internal affairs, but, that was a while back.

Since that time I have spoken with a few sincere persons—

P.#6     5-15-01

who have guided me and suggested I write directly to the regional director. It's real funny... I have not received a single case of any type, nor, reprimand since that sad episode that Wackenhut put me through last summer.

I am a Christian God fearing gentleman. I have a young 9 year old daughter, who will turn 10, on November 30, this year, who I have not seen since September of 1997. Likewise, I haven't seen my mother who is 84 years old, who I pray is still alive, since September of 1997.

I am 42.8 years old. Never had any part in any kind of gang. I have a Class A CDL license, where I attended truck driving school in 1989. I am a professional musician. Self-taught... later academically trained. I still have my dignity, self-esteem, but as I have down my whole life. I humble myself to each person I meet... even the lowliest... Poor little creatures, who can't fend for themselves.

I write this letter with deepest regard for your position and ask if you could some way right this terrible wrong. When I originally received my sentence years ago. I deserved my time and great remorse followed. But this chapter is uncalled for.

I pray that you can and will help me someway, even reinstating my 283 day work time.

Respectfully Submitted,
Cordially:
Roland Perry-Lott #707339
8J-56
Terrell Unit
12002 S. FM 350.
Livingston, Texas    77351