JUNIOR CIRILO RODRIGUEZ
L.S.C.I. ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA. 17887-1000

United States District Court
Southern District of Texas
FILED

JUN 21 2001

Michael N. Milby
Clerk of Court

JUNE 13, 2001

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RE: **JUNIOR CIRILO RODRIGUEZ V. U.S.A.**
    **1:00 CV-00191 [CR. NO. B-00-004]**

DEAR HONORABLE JUDGE FELIX RECIO

    PETITIONER, JUNIOR CIRILO RODRIGUEZ, HAS FILED HIS 28 U.S.C. SECTION 2255 WITHIN THE STATUTE OF LIMITATIONS. PETITIONER HAS RECEIVED NOTICE FROM THE COURT THAT THE GOVERNMENT IS ORDERED TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE ON OR BEFORE AUGUST 6, 2001.

    PETITIONER HAS FILED THIS MOTION TO TOLL THE TIME LIMIT PLACED ON HIM BY THE STATUTE. PETITIONER IS IN NO WAY OPPOSING ANY ADJOURMENT OR POSTPONEMENT THAT THE GOVERNMENT REQUESTS. IN FACT PETITIONER EXPECTS THE GOVERNMENT REQUESTING A LONG POSTPONEMENT IN WHICH TO FILE THEIR REPLY, DUE TO CIRCUMSTANCES KNOWN TO PETITIONER.

    PETITIONER WILL FILE A REBUTTAL BRIEF AT THE TIME PETITIONER RECEIVES THE GOVERNMENT'S RESPONSE.

RESPECTFULLY SUBMITTED

*Junior Cirilo Castro Rodriguez.*

CC: AUSA MARK M. DOWD
    600 E. HARRISON ST., #201
    BROWNSVILLE, TEXAS   78520-7155