47

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
PETITIONER

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, ET AL, &
DAVID FORREST, HEAD WARDEN
WACKENHUT CORPORATION
defendants

CIVIL ACTION NO. B-00-010

## PETITIONER LOTTS AMENDED SUPPLEMENT ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COMES, Roland Lott, inmate, Texas Department of Criminal Justice, "Pro Se", and files this his Amended Supplement Advisory to the Court. In support thereof offers the following.

### I
### STATUS QUO

My existing state or condition not limited to a particular period of passage of time be it the duration of all existence past, present, or future. This in reference of Hard Time enforced duty or imprisonment be it quantity or factor taken together.

### II.
### Inmate Custody level

At any given time during a disciplinary hearing the inmates conduct record and past disciplinary cases [if any exist] are taken into account to making a decision and the standard demotion is only 2 levels Not 4 [ from state approved trusty 3]

all the way to line class 3 the very lowest. These are the standard guidelines which govern but not always followed.

## III.
## Statutory Good Time

Pertaining to a statute as prescribed, authorized, or regulated which does infact allow for the removal of good time under certain circumstances but does not allow the total deduction of an inmates good time which is one day good time for each 24 hour day spent incarcerated.

## IV.
## Meritorious Good Time

This good time cannot be taken away which is one fl. year good time for each flat year spent incarcerated or 6 months for [each 6 months] commendable quality an inherent right of a matter, as this legal civil case as law enacted by the Texas Legislature, who as a body of persons empowered to make, change, or repeal laws. This same Legislature, infact, [DID NOT] bestow any authority upon the Parole Board, or the Texas Department of Criminal Justice, executives to delete the philosophy, system, or branch or system of rules established and applicable with law and legal procedure.

## V.

### A. Judicial

The Judicial branch of government collectively are not aware how the certificate embodying such a decision should be made.

### B. Security

Informal training can influence parts before and after a statement that surround a particular event or circumstances can construe the analysis of grammatical structure when pertaining to translation.

C. <u>Clasification and administration</u>

[DO NOT] have a full memorandum of points or facts or the legislative law or guidelines when conducting the cases, and rely on the asumption of their understanding, which is not logical.

## VI.
## Conclusion

WHEREFORE, PREMISES CONSIDERED, the Petitioner prays the Court allows and understands this his advisory.

Respectfully Submitted,

Roland Perry-Lott #707339
8J-63     "Pruse"
12002 S. FM 350
Livingston, Texas 77351

# Certificate of Service

I, Roland P. Lott, inmate, Texas Department of Criminal Justice, do hereby certify that a true and correct copy of the above and foregoing AMENDED SUPPLEMENTAL ADVISORY to THE COURT has been served by placing same in the United States mail on this 29th day of June, 2001, addressed to:

Roland P. Lott #707339
Inmate Terrell Unit "PRU Se"

Cari G. Bernstein
Attorney-In-Charge
P.O. Box 12548
Capitol Station
Austin, Texas
78711