IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT
  Petitioner,

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION, ET AL,
& DAVID FORREST, SENIOR WARDEN,
WILLACY STATE JAIL, WACKENHUT.

CIVIL ACTION NO. B-00-010

**PLAINTIFF LOTT'S MEDICAL INMATE REQUEST TO OFFICIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Lott, Inmate, Institutional Division, Texas Department of Criminal Justice, Plaintiff, and files this Request to Offical, Medical Department, Polunsky Unit.

## I.

Plaintiff Lott would offer this as evidence that 25 months later that there is still a problem obtaining a first x-ray of — of his back, along with the deformity of his right hand is Cruel and Unusual Punishment

## II.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff request that the Court allows this into admission.

Respectfully Submitted,

Roland P. Lott # 707339
3C1-22 Polunsky Unit
12002 S. FM 350
Livingston, Texas
77351

## CERTIFICATE OF SERVICE

I, Roland Lott, Pro Se, do hereby certify that a true and correct of the above and foregoing, Plaintiff Lott's, request to official, has been served by placing same in the United States mail, on this the 27th day of August, 2001, addressed to: Cari G. Bernstein, Attorney-in-Charge, P.O. Box 12548 Capitol Station, Austin, Texas 78711

Cordially,

Roland Perry-Lott # 707339
"Pro Se"

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)   *Civil Action No. B-00-010*

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *Medical Department*   DATE: *8-27-01*
(Name and title of official)

ADDRESS: *12002 S. FM 350, Livingston, Texas, 77351*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I Need to have X-rays taken of my lower spine. I would like to know what Steps, I must take to have this done? This is not a new injury! But, one that is repeatedly aggravated from time to time, in certain situations. This last time this occured was on July 15, 1999. The most recent, Saturday evening August 26, 2001, - P.m. In this same situation, in the past. I brought this matter to the attention of the medical staff, at my previous unit, Wackenhut, in Raymondville, Texas. They (Wackenhut) told me that, I didn't need any x-rays, that it was only Strained muscles. Even after, I explained to the staff that I had fallen off of my horse on monday April 16, 1984, and was trampled by a 3500 pound Santa Gertrudis Bull. Orthopedic doctors said it was bone damage. (Lumbar Sacral)   Thank You!

Name: ROLAND P. WOTT   No: 707339   Unit: Polunsky
Living Quarters: 3C1-22   Work Assignment: medical squad # D5

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)