52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 8 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
                    Plaintiff,

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL
DIVISION, ET AL,
DAVID FORREST, SENIOR WARDEN,
WILLACY STATE JAIL,
JOHN CORNYN, TEXAS ATTORNEY
GENERAL,
                    Defendants.

CIVIL ACTION NO. B-00-010

## EXISTING ADDITIONAL MEDICAL ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Lott, Inmate, Texas Department of Criminal Justice – Institutional, Plaintiff ("Pro Se"), and files this his Existing Additional Medical Advisory to the Court.

### I.

### BACKGROUND AND ADVISORY TO THE COURT

This is a civil rights case brought by a Texas state prisoner, Roland Perry Lott, under 42 U.S.C. § 1983. Plaintiff was confined in the Wackenhut Willacy/Cameron County facility, from April 1999, until August of 2000, where Plaintiff was injured in April 1999, and again on July 15, 1999, where Plaintiff received improper medical treatment from the Wackenhut Medical Department, by denying X-rays to be taken for severe back (lumbar sacral) and neck injuries.

Plaintiff's Personal Property was lost and/or delayed from August 2000, until may of 2001, in an effort to disrupt his legal Proceedings and Coincidentally arrived only after the Plaintiff filed a motion to Compel to Comply with the Said Court and Plaintiff to this date has never received any of his Personal hygienes from Wackenhut.

## II.

## Contracting Hepatitis C

The Plaintiff was informed in January of 2001, that he had Contracted hepatitis C, this through No fault or Personal Neglect by the Plaintiff, and had the Plaintiff Not been incarcerated in a Penal institution the chances are the Plaintiff would not have this Contagious, a fatal liver disease, which he will Surely have insurmountable medical expenses the rest of his life. The Plaintiff was also Sent to the mark Stiles Unit, in Beaumont, Texas in October of 2000, and this unit (stiles) is the most bacterial, viral, infectious, in the Texas Prison System.

## III.

## Additional medical Neglect

The Plaintiff fell off of a top Sleeping bunk on february 4th, 2001, fracturing his right hand at the Charles Terrell Unit, which has Since become the Allen Polunsky Unit.

The Plaintiff should Not has been assigned to a top bunk, with the existing extensive medical Chart which is about 4 inches thick, there was enough Clear Sound solid Proof that a Child 13 or 14 years old Could have easily detected.

CutePDF - www.testix.com

Another medical Neglect was the Chief medical staff at the Polunsky Unit, did Not send the Plaintiff back in 3 weeks as the Orthopedic Surgeon requested to remove the cast and make a decision whether to operate or Not. The cast was removed on may the 2nd, 2001, only after the Plaintiff repeatedly complained of excruciating pain. On thursday September 20, 2001, while at the Estelle Unit, in huntsville, Texas for a Tele-medical appointment, The Plaintiff was informed by an Orthopedic Specialist that there was Nothing that Could be done. Unfortunately the hand was healed but, in an awkward, disfigured, maimed Position. It would take extensive major Surgery to try and right the wrong, then that wasn't guaranteed. This also Constitutes Painful medical Neglect, and was of No fault by the Plaintiff. The Plaintiff would have most definitely had this matter attended to in Society, without a doubt.

## IV.
### Facts

All claims by the Plaintiff are case documented and can easily be seen by looking at his medical file and also illustrating the existing Contract between the State of Texas, and the Wackenhut Corporation, which establishes sufficient liability for all entitlement.

# V.

## Conclusion

WhereFORE, PREMISES CONSIDERED, the Plaintiff respectfully Prays this Court find the above Satisfies the requirements of the Court.

Respectfully Submitted,

Roland Perry-Lott

"Pro Se"

Polunsky Unit
Livingston, Texas
77351

# CERTIFICATE OF SERVICE

I, Roland Perry Lott, Texas Department of Criminal Justice - Institutional Division, inmate, do hereby certify that a true and correct copy of the above and foregoing Plaintiffs' existing additional medical Advisory to the Court has been served by placing same in the United States mail, via clerk of the court on this the 25th day of September, 2001, addressed to:

\* David Forrest, Senior Warden
Willacy State Jail
1695 S. Buffalo Drive
Raymondville, Texas 78580

\* Cari G. Bernstein
Attorney-in-Charge
P.O. Box 12548, Capitol Station
Austin, Texas 78711

\* John Cornyn, Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

\* Texas Board of Pardons & Paroles
Attn: Wayne Scott
P.O. Box 13401
Austin, Texas 78711

Sincerely,
Roland Perry Lott 707339
Roland P. Lott "Pro-Se"
MG-58 Polunsky Unit
12002 S. FM 350
Livingston, Texas
77351