53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 25 2001
Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
    Plaintiff

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS BOARD OF PARDONS AND PAROLES,
ET AL, DAVID FORREST SENIOR WARDEN,
WACKENHUT CORPORATION, WILLACY COUNTY
STATE JAIL, JOHN CORNYN, TEXAS
ATTORNEY GENERAL

CIVIL ACTION NO. B-00-0.

PLAINTIFF'S TEXAS DEPARTMENT OF CRIMINAL JUSTICE HEALTH
SERVICES DIVISION INTERVIEW FORM

TO THE HONORABLE JUDGE OF THE SAID COURT:

NOW COMES, Roland Lott, Inmate, Institution Division, Texas Department of Criminal Justice, Plaintiff, Pro Se, and files this Interview Form without an appearance of counsel.

## I.
### Office of Professional Standards Patient Liaison Program

On October 19, 2001, Plaintiff Lott, had a personal interview with Jeanita Myers, a visiting administrative liaison representative, who came to the Polunsky Unit, to discuss the various options which are available at this particular time.

It was explained to the Plaintiff that the corrective major surgery that would be required to repair his hand which was sustained at the Polunsky (Terrell) Unit on February 4, 2001, through an accidental fall and injury, would have to be sought and done by a doctor in society at the Plaintiff's own expense, even though this occurred while and even though still incarcerated as an inmate within the Texas Department of Criminal Justice, Institution Division.

## II.

This is a matter that is specifically the responsibility of the State of Texas of which Plaintiff Lott, is a ward of the State Penal institution, illustrating the sufficient claim of liability of the defendants regarding any and all conclusor allegations to qualified entitlement.

## III.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request this Court find the attached satifies additional requirements.

Respectfully Submitted

Roland P. Lott #707339
"Pro Se"

October 23, 2001

# CERTIFICATE OF SERVICE

I, Roland Lott, Pro Se, do hereby certify that a true and correct copy of the above and foregoing Interview form to the Court has been served by placing same in the United States Mail, on this the 23rd day of October, 2001 addressed to:

Lari G. Bernstein
Attorney-in-charge
P.O. Box 12548
Capitol Station
Austin, Texas 78711

John Cornyn
Texas Attorney General
P.O. Box 12548
Austin, Texas
    78711-2548

Wayne Scott
Executive Director
Board of Pardons and Paroles
8610 Shoal Creek Blvd.
Austin, Texas 78711

David Forrest Senior Warden
Willacy County State Jail
1695 Buffalo Drive
Raymondville, Texas
    78580

Roland P. Lott #7073
"Pro Se"
Civil Action No. B-00-010
October 23, 2001

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *Health Services Division*
### Office of Professional Standards/Patient Liaison Program
### INTERVIEW FORM

The Health Services Patient Liaison Program is established within the Office of Professional Standards as a mechanism for the investigation complaints, allegations, and concerns about the health or health care of a Texas Department of Criminal Justice (TDCJ) offender. If you are satisfied with the attempts at resolution made by the Patient Liaison Program, the formal grievance process is available to you.

OFFENDER NAME: __Roland Lott__    TDCJ-ID#: __707339__

| ISSUE PRESENTED | Resolved | Offender Referral | PLP Referral * | OFFICIAL Review * |
|---|---|---|---|---|
| O/I alleges his 5th finger on Right hand has healed incorrectly and he wants a second opinion for Physical Therapy or a Splint | | | ✓ | |

Your signature below, along with that of the Patient Liaison Program Investigator, acknowledges that you have reviewed correspondence and presented the above issues on __10-19-01__ (Date). You will be given a copy of this form. Our office retain the original for our investigation. *For issues that will be addressed through PLP Ref or OFFICIAL Rev, please allow 60 before attempting to speak with the medical department about any resolution.

__Jeanita McCue__                           __10-19-01__
Patient Liaison Program Investigator        Date

__Roland P. Lott__                           __10-19-01__
Offender                                     Date

Reference No.: __0100707339000006__

Civil Action No. B-00-0

xc:   Facility Medical Management Team

**Legend:** Resolved = Offender reports to investigator that this is no longer a concern. **O/F Ref** = Patient Liaison Program inform offender that this particular issue is to be handled by the offender, either in person or via established agency procedure. **PLP** = Patient Liaison Program informs the offender that this particular issue will be addressed by our investigator via referral to the department. **OFFICIAL Rev** = Patient Liaison Program informs the offender that the particular issue presented is being forward review by the appropriate official.