54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 09 2001

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT
    Plaintiff

V.

WAYNE SCOTT, et. al.,
DAVID FORREST, Senior Warden
Wackenhut Corporation

Civil Action No. B-00-010

PLAINTIFF LOTT'S UPDATE TO THE COURT

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

    COMES NOW Plaintiff Roland Lott, PROSE, and files this Update. In support thereof, the Plaintiff respectfully offers the following:

## I.

    The Plaintiff was recently informed by the Polunsky Unit, Head Physician, Doctor PORRAS; that an appointment and rescheduling has been made for a major operation, because of the quote "deformity" unquote, of the Plaintiff's, right hand. Only after an administrative executive, came personally, to the Polunsky Unit, on the request by Plaintiff "Lott" through emergency correspondence. A definite pattern has clearly been established dating back to March of 1999.

## II.

    More than once I have tried to picture myself in the position of a boy or man with an honoured and distinguished ancestry which I could trace back through a period through hundreds of years, and who had not only inherited a name, but fortune and a proud family homestead: and yet I have sometimes had the feeling that if I had inherited these, and had been a member of a more popular race, I should have been inclined to yield to the temptation of depending upon my ancestry and my colour to do that for me which I should have done for myself. Years ago I resolved that because, I had no ancestry myself I would leave a record of which my children

ould be Proud, and which might encourage them to still higher
fort.

## III.
## Conclusion

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully Pray this Court will allow this to stand and enter into admission

Respectfully Submitted,

Roland P. Lott #707339 "Pro Se"
Civil Action No. B-00-010

# CERTIFICATE OF SERVICE

I, Roland P. Lott, Plaintiff, do hereby certify that a true and correct copy of the above and forgoing Plaintiff's update has been served by placing same in the United States Mail, on this 8th day of November, 2001, addressed to:

Lari G. Bernstein
Attorney-in-charge
P.O. Box 12548, Capitol Station
Austin, Texas 78711

David Forrest, Senior Warden
Willacy State Jail - Wackenhut Corporation
1695 S. Buffalo Drive
Raymondville, Texas 78580

Wayne Scott, Executive Director
Texas Board of Pardons and Parole
8610 Shoal Creek Blvd.
Austin, Texas 78711

Sincerly,

Roland P. Lott #707339
Civil Action No. B-00-010