IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
Petitioner

v.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
BOARD OF PARDONS AND PAROLE.,
DAVID FORREST, SENIOR WARDEN,
WILLACY STATE JAIL., JOHN CORNYN,
TEXAS STATE ATTORNEY GENERAL,
Defendants.

CIVIL ACTION NO. B-00-010

United States District Court
Southern District of Texas
FILED
NOV 27 2001
Michael N. Milby
Clerk of Court

55

PLAINTIFF LOTT'S MEDICAL AND LAND PROPERTY UPDATE TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Lott, inmate, Texas Department of Criminal Justice Institutional Division, Plaintiff ("LOTT"), PRO SE, and files this his continuing medical and land property update to the Court without filing an appearance of Personal Counsel.

**I.**

This initially is a civil rights case brought by a Texas state Prisoner, Roland Perry Lott, under 42 U.S.C. § 1983, in October of 1999, for injuries sustained while in custody of the Texas Department of Criminal Justice-Institutional Division, incarcerated on contractual lease at the Willacy State Jail, Wackenhut Corporation, of Cameron County, Texas. It is further detailed and on file that vindictive false allegations for the sole purpose of a Retaliatory Vendetta was brought against Plaintiff Lott, by administrative staff of the Wackenhut Corporation, when it first became known on January 10, 2000, during a tele-conference between United States magistrate Judge Jane Cooper-Hill; Carolyn Merchan, an assistant Attorney General with the Habeas Corpus Division of the Attorney Generals office, and Plaintiff Lott, while in the office of then temporary Chief of Classification **L.D. Montgomery.**

Since being in custody Plaintiff Lott, through no fault of his own has contracted Hepatitis C, a deadly silent killer.

Plaintiff Lott, has a deformed hand as the result of a additional fall off of the upper bunk on February 4, 2001, a complete year after the office tele-conference. There was no possible way not too have known about the Plaintiff's continuing medical dilemma. As a result Plaintiff Lott, has been scheduled for painful major surgery as recently as October of 2001, and is awaiting transfer to the John Sealy hospital in Galveston, Texas. There is no guarantee of success, and there will be a long painful recovery and therapy. There must still be an **MRI** scan of of the Plaintiff's spine to determine the magnitude of damage

## II.
## HEART

While in Society Plaintiff Lott, was seen by a Senior Cardiologist, every 90 days. Since being incarcerated I have no seen a Cardiologist, and my health is tremendously at stake. I rencently wrote a letter to one of the top heart Surgeons in the United States, Dr. Barry F. Uretsky, M.D., Director of the Cardiology Division in galveston, at the University of Texas medical Branch, explaining my chronic illness since I were 13 years old. I offer into evidence Dr. Uretsky's' reply letter.

## III.
## Homestead Property

I humbly offer additional updates concerning my ongoing situation with personal property, which because of my extended unwarranted incarceration has caused me dire mental and physical anguish and pain, which is contributing too my mental oppression, depression, and my deteriorating physical decline.

## IV.
## Conclusion

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully request this court expressly accept in simple terms in the language of one who has not been academically taught nor is knowledgable and voiced as would be an attorney or licensed legal aide.

Respectfully Submitted,

Cordially,

Roland Perry-Lott #707339
3B1-19
Polunsky Unit
12002 S. FM 350
Livingston, Texas
77351

Civil Action No. B-00-010

November 21, 2001

# CERTIFICATE OF SERVICE

I, Roland Lott, Plaintiff, do hereby Certify that a true and correct copy of the above and foregoing medical and land property update to the Court has been served by placing same in the United States mail, on this the 21st day of November, 2001, addressed to:

Ari G. Bernstein
Attorney-in-charge
P.O. Box 12548, Capitol Station
Austin, Texas 78711

David Forrest, Head Warden
Willacy State Jail
1695 S. Buffalo Drive
Raymondville, Texas 78580

Wayne Scott, Executive Director
Texas Department of Criminal Justice
Board of Pardons and Paroles
8610 Shoal Creek Blvd
Austin, Texas 78711

John Cornyn, Attorney General, State of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Respectfully Submitted,

Cordially,

Roland Perry-Lott #707339
3 B1-19
Polunsky Unit
12002 S. FM 350
Livingston, Texas
77351

Civil Action No. B-00-010

November 21, 2001



**Texas Veterans Land Board**
David Dewhurst, Chairman
Stephen F. Austin Building
1700 N. Congress Ave.
Austin, Texas 78701-1496

P.O. Box 12873
Austin, Texas 78711-2873
1-800-252-VETS
512-463-5060
www.glo.state.tx.us/vlb

November 13, 2001

*Civil Action No. B-00-010*

Roland Perry Lott # 707339
3B1-19
Polunsky Unit
1002 S. FM 350
Livingston TX  77351

Re:    Coleto Creek Power Plant and Reservoir, ~~————~~ *Goliad County*

Dear Mr. Perry Lott:

Thank you for your November 7, 2001 letter. You indicated that the land for the referenced project was obtained from your relatives in a less than correct manner and that you believe you may have a claim against CP&L or their attorneys. Also, that you have been billed for taxes, presumably for some of this land.

The General Land Office has no authority over the problems you described in your letter. There was no indication that public lands administered by the General Land Office or the Veterans Land Board were involved. This agency is charged with managing land owned by the state. That does not include the referenced power plant and reservoir. We have no authority over the taxes for which you have been billed.

I must refer you to your own attorney. You may wish to contact the County Bar association in Polk County, Legal Aid, or any other legal service you can obtain. You should contact them as soon as possible, as there may be statute of limitation problems. I cannot act on your behalf, as I represent the General Land Office and the Veterans Land Board.

The only state agency that might help you with this situation is the Attorney General Consumer Protection Division. You may wish to contact them.

Sincerely,

*[signature]*

Roberto Guadiana, Attorney
Veterans Land Board
(512) 463-5148

*Civil Action No. B-00-010*



# TEXAS REAL ESTATE COMMISSION

Mailing Address:  P.O. Box 12188 • Austin, Texas • 78711-2188
Phone:  (512) 459-6544    Fax:  (512) 465-3962
World Wide Web:  http://www.trec.state.tx.us

November 14, 2001

Roland Perry-Lott #707339
3B1-19
Polunsky Unit
12002 S FM 350
Livingston, Texas 77351

                                      Re: Your letter dated October 18, 2001

Dear Mr. Perry-Lott:

This is in response to your letter dated October 18, 2001.

This agency cannot assist you with your question concerning your rights or interest in certain real estate. The Real Estate Commission is the licensing agency for real estate agents and inspectors, and your question does not relate to the laws and rules that we enforce. We cannot give legal advice. We suggest that you consult a private attorney.

Thank you for your inquiry.

                                              Sincerely,

                                              Brad J. Bowman
                                              Staff Attorney
                                              (512) 465-3960

BJB:md

---

Street Address:   1101 Camino La Costa   •   Austin, Texas   •   78752



**The University of Texas Medical Branch**

*Civil Action No. B-00-010*

BARRY F. URETSKY, M.D.
John Sealy Centennial Chair
Director, Division of Cardiology

November 2, 2001

Dear Mr Perry-Lott: # 707339

Thank you for your note. My recommendation is that you be seen in the Cardiology Clinic at UTMB for a review of your situation.

Most sincerely,

Barry F Uretsky, MD

5.106 JOHN SEALY ANNEX • 301 UNIVERSITY BOULEVARD • GALVESTON, TEXAS 77555-0553
(409) 772-4885 • FAX (409) 772-3188

*Civil Action No. B-00-010*

0032 / 100006462 / 100006462 / M67 / ST53 / T9-P28-R892-C15
ACCOUNT NUMBER: 54050-00070-02000-000000
YEARS DUE: 1996-2000

PROPERTY DESCRIPTION: JONES WESTERN BLK 7 LOT 2 50X150

T9-P28-R892-C15
LOTT JETTIE % ROLAND P LOTT
707339 8J-56 TERRELL UNIT
12002 FM 350 RD S
LIVINGSTON, TX 77351-9630

TOTAL AMOUNT DUE
If paid in NOV  2001: $   123.89
If paid in DEC  2001: $   124.73
If paid in JAN  2002: $   125.58

AMOUNT ENCLOSED: $ _____

TO ENSURE PROPER CREDIT - PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# SECOND NOTICE OF TAX LIEN

A tax lien has attached to the property shown on this notice. Earlier delinquent warnings, including the Notice of Tax Lien, have been ignored, and delinquent taxes remain due to CITY OF BEEVILLE, COASTAL BEND COLLEGE (FORMERLY BEE COUNTY COLLEGE) and BEEVILLE WATER SUPPLY DISTRICT. Full payment of the amount shown is the only means of freeing your property of this lien to BEE COUNTY. If you need additional information, you must call our office immediately.

Full payment should be made by check payable to BEE COUNTY and mailed with this notice to:

BEE COUNTY TAX OFFICE
P.O. BOX 1900
BEEVILLE, TX 78104-1900
(361) 362-3250
FAX (361) 358-5417
E-MAIL: beetax@fnbnet.net

**To ensure proper credit, please detach the top portion of this notice and enclose it with your check**

Please disregard this notice if: (1) you have paid these taxes since November 2, 2001, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

LINEBARGER GOGGAN BLAIR
PEÑA & SAMPSON, LLP
ATTORNEYS AT LAW
1-800-414-3961