56

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
FEB 0 5 2002
Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT
    Petitioner,

v.

WAYNE SCOTT, DIRECTOR,
TEXAS BOARD OF PARDONS
AND PAROLES, ET AL, JOHN
CORNYN, ATTORNEY GENERAL
STATE OF TEXAS & DAVID
FORREST, SENIOR WARDEN
WACKENHUT CORPORATION
"AKA" WILLACY STATE JAIL

§
§
§ CIVIL ACTION NO. B-00-010
§
§

## PLAINTIFF LOTT'S MEDICAL ISSUES ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, Roland Perry Lott, Plaintiff, Institutional Division, Texas Department of Criminal Justice, ["Pro Se"], and files this his Medical Issues Advisory to the Court without filing an appearance of counsel.

## I.
## MEDICAL ISSUES ADVISORY TO THE COURT

This is a civil rights case brought by a Texas state prisoner, Roland Perry Lott ("LOTT"), under 42 U.S.C. § 1983. Filed in October of 1999 because of injuries sustained in April and July of 1999 while incarcerated at the Willacy State Jail "AKA" Wackenhut Corporation and further disabling injury sustain on Sunday February 4, 2001. On Thursday February 22, 2001, during a Steres evidentiary hearing Judge Felix Recio, allowed Plaintiff "Lott" to Amend his Pleading to allow retaliation to be filed in his Complaint.

## II.

In the past two years the Plaintiff has undergone extreme pain in the physical and mental sense of explained terminology. Not being versed and knowledgeable as an academically trained attorney it has been his [Plaintiff] attempt to show fault and just cause on behalf of the defendants and factual truth in the latter of his own explanation along with dated letters, and institutional memorandum as solid evidence which cannot be doubted or denied.

## III.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request this Court find copies of the medical issues satisfies the requirements and urges this Court to award any available relief demanded in his Complaint and grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Roland Perry-Lott #707339

Roland P-Lott  "Pro Se"
3B1-14
Polunsky Unit
12002 South FM 350
Livingston, Texas
77351

January 30, 2002

# CERTIFICATE OF SERVICE

I, Roland Lott, Plaintiff, do hereby Certify that a true and Correct Copy of the above and foregoing, Medical response dispositions to the Court has been Served by Playcing same in the United States Mail, on this the 30th day of January, 2002, addressed to the Honorable Michael N. Milby, Clerk of the Court at: 600 East Harrison, Brownsville, Texas, 78520.

Roland Perry-Lott
Roland P-Lott                    "Pro Se"
3 B1-19
Polunsky Unit
12002 South FM 350
Livingston, Texas 77351
              January 30, 2002

Civil Action No. B-00-010  1-10-02-

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM
PASO 1 — Forma Para Quejas de los Preso

Offender Name: Roland Perry-Lott   TDCJ # 707339
Unit: Allen Polunsky   Housing Assignment: 3B1-19
Unit where incident occurred: Polunsky

**OFFICE USE ONLY** / Para Uso De La Oficiana Solamente
Grievance #: 2002072469
Date Received: DEC 31 2001
Date Due: 2-9-02
Grievance Code: 639
Investigator Number: I0132
☐ EM  ☐ UOF  ☐ MED
☐ ADA ☐ REL  ☐ SSI

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? No one adm. lockdown   When? lockdown
What was their response? lockdown
What action was taken? lockdown

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I personally saw Dr. Porras; on 10-25-01. He thought that, I had already had surgery on my right hand, because, it stated that, I had pins inserted in my finger. Doctor Porras; scheduled appointment for me in Galveston, at the U.T.M.B., hand specialist clinic, all I needed to do is wait for the medical chain.

I received a return letter on December 27, 2001, signed E. Young, which states: that I refused a medical chain on 12-10-01. No one has even told me, nor informed me, this whole month, (December) that I was on any type chain, whatsoever! The picket officer and rover, who worked that 3rd shift, say they didn't call me for any medical chain.

They would have had to have me **sign a refusal form**. If one exist. I request to see it because, someone has forged my signature. There has been a real big mistake made somewhere. I didn't refuse any type of chain. In fact I have been waiting, each Monday, Tuesday, and Wednesday, nights, waiting for this chain.

The officers have been kind enough to let me know that, I wasn't on these medical chains, and however many were, from each section. Refusing this medical chain, would have only defeated its purpose! On a square level... I am not exactly — real stupid. I need and request your assistance in this matter.

DEC 31 2001

(Over Please)

I-127 Front (9/1/1999)   PLEASE SIGN ON BACK   (OVER)

Civil Action No. __-00-010
1-30-02


# UTMB

The University of Texas Medical Branch Galveston
Correctional Managed Care
Quality Services and Risk Management
301 University Blvd., Route 1007
Galveston, Texas 77555-1007

## MEMORANDUM

TO:        Offender **Lott, Roland**        TDCJ # **707339**
           Facility **Polunsky - 054**      **381-19**

FROM:     Department of Quality Services and Risk Management

DATE:     Date **11/15/01**

We received your letter regarding **Medical Issues** in our office. We forwarded your letter to the Facility Practice Manager in your medical department who will assist you. We encourage you to submit an I-60 for an appointment to personally discuss your concerns with the Facility Practice Manager. We are hopeful that you will achieve a satisfactory resolution to your concerns.

1-30-02

Civil Action No. H-00-010                              December 4, 2001

Dr. Glenda Adams
U.T.M.B.
Eastern Region Medical Director
P.O. Box 99
Huntsville, Texas 77340

✱ Please notice last page where E. Young, Admin. Associate, say I refuse the medical chain on 12-10-01.
✱✱ Please see answer on reverse side of step 1, where I didn't refuse medical chain on 12-10-01.
✱✱✱ Who can I depend on if the staff are all confused? ✱✱✱✱✱✱✱✱✱

Dear Doctor Adams:

Hello! My name is Roland Perry Lott. I acquired your name and address from Mrs. Jeanita Myers; (Patient Liaison) who I met with personally, here at the Polunsky Unit, back in October of 2001. She and I, discussed at length, the situation pertaining to my right hand.

Namely a splint & physical therapy. About a week after that, I was called in to speak with a doctor Porras, "the unit head physician"— he was very kind and attentive, and wanted to know actually how long it had been since, I had had my surgery?

I informed doctor Porras, that no surgical process had been performed, and I showed him my hand. He looked awestruck, and in shock, then he said, "Well! Someone has it written down that, you have pins in your hand, the whole works."

After further discussion and viewing my records. It had been since February of 2001, when I fractured my hand. Kind doctor Porras, rescheduled me for another appointment in Galveston with a hand specialist.

The reason for this short letter, is for an urgent special request of a medical concern. It is about my lower back. I fee the situation with my hand has been such a distraction, that there hasn't been enough time to address the issue concerning my back.

The initial injury occured on Monday April 16, 1984. I was trampled by a bull. I had a C-1 fracture to my neck and lower lumbar sacral damage, is what the orthopedic specialist explained it. I opted not to have surgery at the time.

This present situation happened in April and July of 1999, while incarcerated at the Willacy State Jail (Wackenhut Corporation).

December 4, 2001  p. #2

I fell twice severely hurting my back both times. Making a long story short. I tried without success to have X-rays taken, nor was I refered to the University of Texas health care system. All this is documented and well contained in my medical file.

In society, I took Cortisteroids (anti-inflammation) and Vicoden and Voltaren for pain. So when I was seen by one of the Units Physicians / P.A.s, 3 months ago, and he told me, I had muscle spasms, and prescribed Ibuprofen, I didn't even complain, although I already knew that its my spine and not muscle spasms.

I recently found out that, I being a chronic care patient with an extensive medical history of heart, kidney, and bone trouble, can receive what is called I believe "Magnetic Resonance Imaging" to get too the core of my problems, and see how far everything has advanced and deteriorated, and to see the broad spectrum and full scope of the extent of the problem.

Doctor Adams; I ask for your professional help, insight, and assistance to obtain getting this **MRI** in an expedited fashion, not because of preferential treatment, but, because this whole situation has become dire. I wrote doctor Barry Uretsky; chief Cardiologist, U.T.M.B.; 2 months ago about my heart. He highly advised I be seen in Galveston soon, and his response was prompt.

Doctor Adams; Since being incarcerated in the TDCJ-ID, these past 3 years, I somehow have contracted hepatitis **C**? I am a heterosexual male. I have been with the same woman for the past 16 years and we have a 10 year old daughter. I didn't shoot drugs. I don't have "any" tattoos anywhere on my body... not even a pierced ear.

If I myself am aware of all this above, I don't see how or why? I could even ▆▆▆ be denied under these circumstances?

December 4, 2001 P.#3

Doctor Adams; I ask please that you allow one of your assistants to respond as soon as possible, or at their earliest possible convenience.

I thank you very much in advance for your assistance!!

Respectfully Submitted,

Cordially,

Roland Perry-Lott # 707339
3B1-19
12002 South FM 350
Livingston, Texas
77351

---

Dr Parras saw you on 10/25/01 and scheduled an appt to HG/Ortho. You refused to chain out to that appt. on 12/10/01. No other request to be seen for hand in chart. If you need to be seen submit I 60 to clinic.

E. Young Admn Associate
12-31-01

*Civil Action No. 1-00-010*                                    *1-00-010*

*February 4, 2002, will be exactly one year to date, that I fractured my right hand. It is still deformed, hurting, painful, and no surgery has been done as of yet! All the worry and pain has taken a toll on me.*

# UTMB

The University of Texas Medical Branch Galveston
Correctional Managed Care
Quality Services and Risk Management
301 University Blvd.
Galveston, Texas 77555-1007

*3B-19*

## MEMORANDUM                            TRUCK MAIL

TO:        Offender: Roland Perry Lott        TDCJ # 707339

           Facility: Polunsky *(054)*

FROM:      Department of Quality Services and Risk Management

DATE:      January 10, 2002

---

We received your letter regarding healthcare concerns in our office. We forwarded your letter to the Facility Practice Manager or their designated representative in your medical department. We encourage you to submit an I-60 or step 1 grievance <u>if applicable</u> to discuss your concerns. We are hopeful that you will achieve a satisfactory resolution to your concerns.

December 14, 2001

Dr. Ben Raimer
Medical Director
U.T.M.B.
Box 99
Huntsville, Texas 77340

**RECEIVED JAN 1 0 2002 OFFICE QS/RM**

**RECEIVED DEC 2 1 2001 HEALTH SERVICES**

Dr. Raimer:

Hello sir! My name is Roland Perry Lott. I am a 43 year old black male, incarcerated, here at the Polunsky Unit. You may, or may not have recently (3 weeks ago) received a letter from me. I also wrote Dr. Glenn Adams; (3 weeks ago) accordingly, to which way the mail routed.

Dr. Adams; received an urgent plea from me concerning what is called, as you quite well know. Magnetic Resonance Imaging. My lower back (lumbar sacral) and Neck (C1-fracture) have not stopped with the excruting pain, since my two accidents. # In April of 1999; and second accident, in July of 1999. Both accidents occured at the Willis State Jail.

I have been denied this procedure, and detered, through conversation, and suggestion, that its just muscle spasms. I know far well better than that! I initially hurt my back in April of 1984, as well my neck. I was under the care of two orthopedic surgeons: Dr. Bernard Perron; and Dr. Bernard Seger; both of Corpus Christi, Texas.

I was frightened, and opted not to have surgery, thus, I was refered to a Chiropractor, Dr. John Myers; and all during this time, was taking the prescribed medication, Vicoden, Voltaren, and some kind of Corti- ▬▬▬ Steroid.

One can only imagine the pain, and constant migraines, associated with my situation. I have no other alternative, or avenues to explore, except diminish the excess red tape, and that is the reason, I find myself corresponding to the highest level.

1-30-02        Civil Action No. B-0C-010 →

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# HEALTH SERVICES DIVISION
## Educational Brochure

*I am under a tremendous amount of pressure, which is effecting my physical health, and an enormous amount of mental stress, which is weighing on me as well!*

DATE: 1-8-2002

Offender: Roland Perry Lott

TDCJ-ID #: 707339

__TL__ Facility

Since 9/1/94, by legislative action the delivery of health care on most TDCJ (Texas Department of Criminal Justice) facilities has been contracted to the Correctional Managed Health Care Committee. That Committee in turn contracts with the University of Texas Medical Branch Correctional Managed Health Care (UTMB-CMHC) and Texas Tech University Health Science Center Correctional Managed Health Care (TTUHSC-CMHC). Additionally interspersed throughout the state are private state jails and private facilities that have subcontracted with TDCJ. These private facilities also subcontract their own medical care. The Texas Department of Criminal Justice, Health Services Division (TDCJ-HS) is not responsible for daily health care decisions including clinical/quality of care issues and direct patient care services. TDCJ-HS has no authority to supervise, hire, fire or counsel medical staff at the facility. They are not TDCJ-HS employees. They are employed by their respective University Correctional Managed Health Care and/or Private Facilities and report to their own Medical Directors. The issues you present are clinical/professional decisions and/or personnel issues and are the responsibility and authority of __UTMB-CMHC__. They should be directed to:

Dr. Owen Murray
UTMB-CMHC Facilities Medical Director
Quality Services / Risk Management
2201 Market Street
Suite 610
Galveston, Texas 77550-1007

Sincerely,

**PATIENT LIAISON PROGRAM**

xc:

Reference No.: 0200 707339 00008

OPS-EB-G                                                                                      rev 02/01--rh

# CORRECTIONAL MANAGED HEALTH CARE

## Inter-Office Memorandum

**TO:** Rochelle McKinney  
Professional Standards

**DATE:** 01/07/2002

**FROM:** Allen D. Sapp, Jr.  
Assistant Director for  
Administrative Services

**RE:** Roland Lott  
#707339 - Polunsky

---

The enclosed correspondence that was forwarded to this office from the President, TTUHSC is being provided for your review and action as deemed appropriate.

Your assistance is appreciated in this matter.

ADS:tb  
Encl.

Copy: Ben G. Raimer, M.D.

RECEIVED  
01 08 02  
OPS

November 1st, 2001

Texas Tech University
Health Sciences Center
2B 158 HSC
Lubbock, Texas 79409

My Dear Mr./Mrs.

Hello! My name is Roland Perry Lott. I am a 43 year old black male, who has kidney trouble, Hepatitis C, and heart disease. I have been unfortunate, in that I have had 2 bouts with Rheumatic fever twice in my life. The first time was when I was 13 years old!

The second time, was when I was 19 years old. Years ago, I took a regiment of oral Penicillin G buffered with Potassium, for a few years. At this point in my life, for a number of years, I have been taking Bicillin 1.2 million units, every 28 to 30 days. Some times, I receive a double dose, one shot in each hip.

It is only then, that, I am able to have a proper, regular bowel movements, as well as, urinate, correctly and empty my bladder. I have had long term trouble, with my Prostate gland since 1982. I have taken different types of antibiotics, for this chronic condition.

My hypertension is controlled by certain medications. In society, I took Procardia, and Cardura, the latter for long term Prostate care. In 1998, a senior cardiologist, in San Antonio, with the University Clinic, the former (Brady Green) had me sent for X-ray's.

I was told that, "I had crystals; in my kidneys," whatever that meant. I have also know, for years, that I, have a heart murmur along along with everything else. The last time I had an EKG, was in November of 2000. I am not being monitored at all, for this condition, and whether, I am suppose to be or not, I do not know.

In April of 1999, while I was at a Wackenhut facility, a doctor Cantu, suggested, I have a Sonogram, and ask the last time I had one? My respone. When I was 13 years old, at the downtown Baptist hospital, in San Antonio, Texas.

To date: No sonogram has been given at all. From what I have been told, I supposedly had a slight heart attack in August of 1992, while being admitted to a certain hospital for chest pains, then blacking out.

11-1-2001    p.#2

I have what was explained too me, as being (Lumbar-Sacral) of my lower spine and severe arthritis. From the Rheumatic fever, and being trampled by a bull in 1984. The Point, I, would like to stress about my spine, and everything else, is when I get my Bicillin shot each month, all the pain and swelling in my bones (Joints) and heart, kidneys, prostate and liver, subside for at least 3 weeks.... Why is this the case?

In the Past while in Society. I had taken what is called #1 PREDNISONE or #2 AZATHIOPRINE. From march of 1999, until April of 2000, I took a medication called "PRASOSIN 3x's a day. I quit taking it altogether because, I urinated to much.

At Present, I take these medications below:

Psyllium Powder Pakets twice daily
Amitriptyline 300 mgs Night time
Penicillin G 1.2 injection monthly
Aspirin Enteric 325 one daily
Atenolol 50 mg daily
Clonidine 0.2m twice daily
Doxazosin 4 mg tablet Night time

If you can assist me, in any type of way with Verbal recommendations, or Personal assessment. Please respond as soon as possible, or at your earliest possible convenience.

I thank you for your assistance in this matter!

Respectfully Submitted,
Cordially,
Roland Perry-Lott #707339
3B1-19
Polunsky Unit
12002 S. FM 350
Livingston, Texas 77351