IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT
PLAINTIFF

V.

CIVIL ACTION NO. B-00-010

WAYNE SCOTT, EXECUTIVE DIRECTOR, ITAI,
TEXAS BOARD OF PARDONS AND PAROLE.
JOHN CORNYN, ATTORNEY GENERAL-STATE
OF TEXAS & DAVID FORREST, HEAD
WARDEN, WILLACY STATE JAIL, AKA
WACKENHUT CORPORATION
defendants

## PLAINTIFF LOTTS EXHIBITS X & O TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOWCOMES**, Roland Lott, Plaintiff, Institutional Division, Texas Department of Criminal Justice, ("PRO.se"), and files this his exhibit to the Court without filing an appearance of Counsel.

## I.
## Time Calculations
## 72 Legislature

The flat time I spent incarcerated from July 6, 1992, until December 11, 1992, is not, and has not been applied accordingly nor accurately on to my day to day sentence by the administrative [T.D.C.J.-ID] Sector as outlined by the Texas legislature.

283 workdays lost due to an disciplinary infraction is and was [illegal], work time like flat time cannot be taken because Texas does not directly pay its state prisoners directly and amounts to no more that could only be termed forced labor or legalized slavery in an institution running rampant unless corrected and ordered to stop by a higher Judicial system

that does not walk hand in hand, as so with the Texas State Judicial System, where there are in fact active and retired law officers, Judges, Probation officers [et cetera] sitting on different boards within the Prison System adding more weight to an already overly biased "System" of unequaled unfairness.

The Plaintiffs seven year sentence is being extended an is in plain and clear view if only taken notice of. One has to only look at the states new adopted guidelines to wonder what [was] is really going on here. Some one had only to take notice and see through the draped veil which has been a shawdo, for so very long.

## II.
## BEE COUNTY TAXES

The Texas Board of Pardons and Parole, and the Texas Department of Criminal Justice - Institutional Division, are both aware of the Plaintiffs overwhelming problems concerning the imminent loss of home [homestead] and property but, there is still hardening of hearts on all account with no sympathy, compassion or mercy from no one, the only question that arises and seems to be relevant and pertinent is "Upon your release what will you [Plaintiff] do, where will you live. It is a system called recycle, with no intentions to relinquish hold on the poor and oppressed. The injuries and pain that I still bare, the mental anguish and despair that have virtually overtaken me is none the less called into account.

## III.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request this Court find the attached Exhibits X to O satifies the requirements of and urge this Court to award any and all relief demanded in his complaint and grant such other and further relief as the Court deems Just and Proper.

# CERTIFICATE OF SERVICE

I, Roland Lott, Plaintiff, do hereby Certify that a true and Correct Copy of the above and foregoing Plaintiffs Exhibits X 10 to the Court has been Served by placing same in the United States Mail, on this the 4th day of February, 2002, addressed to:

Cari G. Bernstein
Attorney-in-charge
P.O. Box 12548, Capital Station
Austin, Texas 78711

David Forrest, Head Warden
Willacy State Jail
1695 S. Buffalo Drive
Raymondville, Texas 78580

John Cornyn, Attorney General - State of Texas
P.O. Box 12548, Capital Station
Austin, Texas 78711

Wayne Scott, Executive Director
Texas Board of Pardons and Parole
8610 Shoal Creek Blvd.
Austin, Texas 78711

February 4, 2002                    Civil Action No. B-00-010

*Civil Action No.* **B-00-010**

*Exhibit X & 0*

# State Counsel for Offenders
### A Division of Texas Department of Criminal Justice

P.O. Box 4005  
Huntsville, TX 77342-4005

June 25, 1999

stcounsel.off@tdcj.state.tx.us  
Fax Number: (409) 437-5293

Roland Lott  
TDCJ # 707339  
Garza West Unit

Dear Mr. Lott:

According to the Sheriff's Office you were in jail on the following dates:

07/06/92 to 09/10/92 - Charge #5241  
09/28/92 to 12/11/92 - Both Charges  
02/26/95 to 05/26/95 - Both Charges

This would give you a sentence begin date of 10/09/94 on Cause Number 5241 and 12/13/94 on Cause Number 5258. You now have a sentence begin date of 09/16/94 on Cause Number 5241 and 11/22/94 on Cause Number 5258. I cannot ask the courts to grant you additional jail time unless the sheriff's office sends me documented proof that you were in custody.

Since your time is correct according to the sheriff's office, I am now closing your file.

Sincerely,

A.C. Schooler  
Legal Assistant  
Legal Services  
(409) 437-5233  
(409) 437-5279 (Fax)

ASC/ljm

cc:   File

2503 Lake Road, Huntsville, TX  77340

*Civil Action No. B-00-010*

*Exhibit O*

## LINEBARGER GOGGAN BLAIR PEÑA & SAMPSON, LLP
ATTORNEYS AT LAW
500 NORTH WATER STREET, SUITE 1111
CORPUS CHRISTI, TEXAS 78471

(361) 888-6898
FAX: (361) 888-4405

Charles Austin "Chip" Sutton
Email: chips@publicans.com

January 28, 2002

Roland Perry-Lott #707339
3B1-19
12002 S. FM 350
Livingston, Texas 77351

**RE:** **Bee County Taxes**

Dear Mr. Lott:

    My law firm represents Bee County in the collection of delinquent taxes, and I am sending this letter to your attention to respond to the letter you recently sent. My law firm is not your attorney, and it is up to each taxpayer to take the necessary action to make sure their delinquent taxes are paid.

Sincerely,

Charles A. "Chip" Sutton
Attorney at Law

Austin • Beaumont • Brownsville • Conroe • Corpus Christi • Corsicana • Dallas • Edinburg • El Paso • Fort Worth • Houston • Jacksonville
Knoxville • Lufkin • Memphis • New Orleans • Odessa • Philadelphia • San Angelo • San Antonio • The Woodlands • Tyler • Waco

```
T. D. C. J                    INSTITUTIONAL DIVISION
       DATE 01/24/02              RECORDS OFFICE            TIME 13:49:29
TDCJID: 000073399 NAME: TOLL,ROLAND PERRY                   UNIT POLUNSKY
SENT. BEGIN DATE 11/22/1993  TDC RECEIVE DATE 03/26/1995
INMATE STATUS  TDC CLASS  L                    L   LAST PCR REQUEST 01/24/02

     SENT. OF RECORD            00007 YRS 00 MOS 00 DAYS    MAND SUPV  PAROLE
     FLAT TIME SERVED            00005 YRS 04 MOS 11 DAYS    079 %      079 %
     GOOD TIME EARNED            00000 YRS 03 MOS 29 DAYS    004 %      004 %
     WORK TIME EARNED            00000 YRS 03 MOS 03 DAYS    003 %      003 %

     MAND SUPV TIME CREDIT       00006 YRS 01 MOS 14 DAYS    086 %
     PAROLE TIME CREDIT          00006 YRS 01 MOS 14 DAYS               086 %
     DISCHARGE DATE WITH COMMUTATION AND TRUSTY TIME 04/21/2002

JAIL GOOD TIME RCVD YES                NUMBER OF DETAINERS 00
GOOD TIME LOST 00187 DAYS              WORK TIME LOST 00283 DAYS
PAROLE STATUS    BPP DATE                           TIM CALC DATE 12/22/1998


MANDATORY SUPERVISION PROSPECT
REQUEST  _____
CONDUCT RECORD:
```

Civil Action No. B-00-010

Received 1-25-2001

Exhibit X

  

# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES

**PADDY L. BURWELL**
Board Member

December 2, 1999

Mr. Ronald P. Lott
TDCJ-ID NO. 707339
Willacy Unit
1695 S. Buffalo Drive H3-A- 40
Raymondville, Texas  78580

Dear Mr. Lott:

This will acknowledge receipt of your correspondence by the San Antonio Board Office.

It is commendable that you are using your time wisely, while incarcerated, and I encourage you to maintain this industrious disposition.  We are requesting your correspondence be process for placement in your permanent file so that it may be afforded the most appropriate consideration at your next review.

Sincerely,

Paddy Lann Burwell
Board Member

PLB/ec
Xc:  Inmate Files

420 South Main • San Antonio, TX 78204 • (210) 226-6861 • FAX (210) 226-1114