IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
 Plaintiff,

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS BOARD OF PARDONS & PAROLE, ET AL.,
JOHN CORNYN, ATTORNEY GENERAL, STATE OF TEXAS.
DAVID FORREST, SENIOR WARDEN, WILLACY
STATE JAIL, WACKENHUT CORPORATION.
 Defendants.

CIVIL ACTION NO.
B-00-010

FEB 25 2002
Michael N. Milby
Clerk of Court

PLAINTIFF LOTT'S STATEMENT OF ENFORCEMENT OF TAX LIEN ON HOUSE
AND PROPERTY to the Court

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roland Lott, Inmate, Institutional Division, Texas Department of Criminal Justice, Plaintiff ("Pro se"), and files this his Statement of enforcement of tax lien of house and property to the Court without filing an appearance of counsel.

## I.
## CRUEL AND UNUSUAL PUNISHMENT

Plaintiff Lott asserts that because of a retaliation disciplinary case he received on July 19, 2000, and punishment assessed on July 21, 2000, which was way to harsh for a individual who prior to those dates had never once in six (6) years, received so much as a verbal reprimand. Further, Captain L.D. Montgomery, who was the sentencing officer had been temporary chief of classification on January 10, 2000, during a tele-conference in [his] office and listened in on the conversation between Plaintiff [Lott], United States Magistrate Judge Jane Cooper-Hill of Corpus Christi, Texas and Carolyn Merchan, an assistant attorney general in Austin, Texas and was very aware then and there that Plaintiff [Lott] had filed

a civil suit in the United States District Court in Brownsville Texas, agaisnt various individuals of the Willacy State Jail, (Wackenhut Corporation), Including the medical department doc J. Desai, for repeatedly denying Plaintiff [Lott] access to X-ra Every available attempt was made after the Civil Suit was disclosed to seek by any means to retaliate agaisnt the Plainti, by forcing the Plaintiff to work in a position that was out of bounds, with his medical records and diganosis, Such as lifting as well as pushing 100 pound laundry Carts 400 Yard this can be validated by the laundry Supervisor O. B. Gonzales, Under Oath. It is quite well known that Plaintiff [Lott] have Not had, Nor has he received even so much as a verbal reprimand since being relocated back in the custody of the Texas State Penal System.

## II.
## Mental Anguish

There has been a tremendous toll not only mentally but, Physically, as well, taken on the Plaintiff, and will have lasting effects that will never be overcome. The Plaintiffs will continually deteriorate, and at the age of 43 at present is well on the way to advancing. All this can be confirmed by both the Medical and Psychology departments. There is a great need to continue on medications for the rest of the Plaintiff life.

## II.
## Conclusion

WHEREFORE, PREMISES CONSIDERED, Plaintiff Lott, urge this Court to award any and all relief demanded in his Complaint and grant such other and further relief as the Court deems Just and Proper.

Sincerely,
Roland R. Lott #707339
3B1-19          "Pro Se"
Polunsky Unit
3872 S. FM 350
Livingston, Texas 77351

# CERTIFICATE OF SERVICE

I, Roland Lott, inmate "Pro Se," do hereby certify that; true and correct copy of the above and foregoing of Plaintiff Lott's statement of enforcement of Tax lien of House and Property has been served by placing same in the United State mail on this the 21st day of February 21, 2002, addressed to

                                    Sincerely,

                                    Roland P. Lott 707339
                                    3B1-19
                                    Polunsky Unit
                                    3872 S. FM 350
                                    Livingston, Texas 77351

                                    February 21, 2002

\* Wayne Scott, Executive Director          \* John Cornyn, Attorney General \* State of Texas
Texas Board of Pardons & Parole             P.O. Box 12548, Capitol Station
8610 Shoal Creek Blvd.                      Austin, Texas 78711-2548
Austin, Texas 78711

\* Cari G. Bernstein                         \* David Forrest, Head Warden
Attorney-in-Charge                          Willacy State Jail
P.O. Box 12548, Capitol Station             1695 S. Buffalo Drive
Austin, Texas 78711                         Raymondville, Texas 78580

\* Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
    Plaintiff,

V.

WAYNE SCOTT, EXECUTIVE DIRECTOR,
TEXAS BOARD OF PARDONS & PAROLE, ET AL.,
JOHN CORNYN, ATTORNEY GENERAL, STATE OF TEXAS.
DAVID FORREST, SENIOR WARDEN, WILLACY
STATE JAIL, WACKENHUT CORPORATION.
    Defendants.

## ORDER

Be it remembered that on this day came to be considered Plaintiff Lott's Statement of Enforcement of Tax lien on house (Homestead) and Property to the Court, and the Court after considering the pleadings filed herein is of the opinion that the following Order should issue:

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff Lott's Civil Suit be **GRANTED** as deemed appropriate by the Honorable Judge of the United States District Court.

**SIGNED** on this the ____ day of _____, 2002.

_____
**JUDGE PRESIDING**

*February 20, 2002*

*CIVIL ACTION*
*No. B-00-010*

```
0032 / 100006462 / 100006462 / M58 / ST44 / T7-P25-R759-C13
ACCOUNT NUMBER: 54050-00070-02000-000000
YEARS DUE: 1996-2000
```

**PROPERTY DESCRIPTION:** JONES WESTERN BLK 7 LOT 2 50X150

```
T7-P25-R759-C13
LOTT JETTIE % ROLAND P LOTT
707339 8J-56 TERRELL UNIT
12002 FM 350 RD S
LIVINGSTON, TX 77351-9630
```

| TOTAL AMOUNT DUE | | |
|---|---|---|
| If paid in FEB | 2002: $ | 126.43 |
| If paid in MAR | 2002: $ | 127.28 |
| If paid in APR | 2002: $ | 128.13 |

**AMOUNT ENCLOSED:** $ _____

TO ENSURE PROPER CREDIT   PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

---

# ENFORCEMENT OF TAX LIEN

Lawsuits are being filed against taxpayers who have not paid their taxes. Your delinquent account is being considered for a lawsuit to enforce the **CITY OF BEEVILLE, COASTAL BEND COLLEGE (FORMERLY BEE COUNTY COLLEGE) and BEEVILLE WATER SUPPLY DISTRICT** tax lien.

**TO AVOID LITIGATION AND POSSIBLE FORCED SALE YOU MUST PAY THE FULL AMOUNT DUE OR EXECUTE A WRITTEN INSTALLMENT AGREEMENT WITH THE TAX OFFICE.**

To avoid delay or error in posting, please return the top portion of this letter to the tax office with your payment. Payment should be made to the **BEE COUNTY** and mailed to:

**BEE COUNTY TAX OFFICE**
**P O BOX 1900**
**BEEVILLE , TX 78104-1900**
**(361) 362-3250**
**FAX: (361) 358-5417**
**E-MAIL: beetax@fnbnet.net**

Please disregard this notice if: (1) you have paid these taxes since February 5, 2002, (2) you are timely paying these taxes under an installment agreement with the tax collector, or (3) you are now a debtor in a pending bankruptcy. If you are in bankruptcy, please furnish **in writing** the number of your bankruptcy case and the identification of the court in which it is pending so as to enable us to code your account and avoid further mailings to you.

**LINEBARGER GOGGAN BLAIR**
**PEÑA & SAMPSON, LLP**
ATTORNEYS AT LAW
1-800-414-3961