IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

ROLAND PERRY LOTT,
     Plaintiff,

V.

WAYNE SLOTT, EXECUTIVE DIRECTOR,
TEXAS BOARD OF PARDONS & PAROLES, ETAL.
JOHN CORNYN, ATTORNEY GENERAL - STATE
OF TEXAS, & DAVID FORREST, HEAD
WARDEN, WILLACY STATE JAIL, AKA
WACKENHUT CORPORATION,
     Defendants.

CIVIL ACTION NO. B-00-01,

## PLAINTIFF LOTT'S FINAL MEDICAL ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

## I.
## AUSTIN AMERICAN - STATESMAN

In Plaintiff Lott's final medical advisory to the Court through correspondence with [ MIKE WARD] staff writer for the Austin American-Statesman, will offer and show the Court that everything claimed by the Plaintiff is true and was never a frivolous civil right case and such merit should be granted.

## II.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request, pray, and urge this Court to award any and all relief demanded in his complaint, suit and grant such other and further relief as the Court

deems Just and proper.

Respectfully Submitted,

Roland P. Lott # 707339
Roland Perry Lott   "Pro Se"
3B1-19
Polunsky Unit
3872 S. Fm 350
Livingston, Texas
                    77351

# CERTIFICATE OF SERVICE

I, Roland Lott, Pro Se, do certify that a true and correct copy of the above and foregoing Plaintiff Lott's final medical advisory to the Court has been served by placing same in the United States mail, on the 2nd day of march, 2002, address to:

Roland Perry-Lott
"Pro Se" # 707339
No. B-00-010

* David Forrest, Head warden
  Willacy State Jail
  1695 S. Buffalo Drive
  Raymondville, Texas 78580

* John Cornyn, Attorney General
  State of Texas
  P.O. Box 12548, Capitol Station
  Austin, Texas 78711

* Wayne Scott, Executive Director
  Texas Board of Pardons & Paroles
  8610 Shoal Creek Blvd.
  Austin, Texas 78711

* Cari G. Bernstein
  Attorney-in-charge
  P.O. Box 12548, Capitol Station
  Austin, Texas 78711

| DATE RECEIVED | TDCJ NUMBER | L_NAME | | F_NAME | HOUSING |
|---|---|---|---|---|---|
| 02/25/2002 | 707339 | LOTT | | R | 3B19 |

| CHIEF COMPLAINT | REFERRED TO: | DISPOSITION |
|---|---|---|
| BLOOD TYPE | NURSING | WRITTEN RESPONSE |

**COMMENTS**

YOUR BLOOD TYPE IS NOT ON CHART.

## SICK CALL REQUEST REPLY

ᴐLand Perry LOTT v. Wayne SCOTT, et al. Civil Action NO. B-00-010

Tuesday, February 26, 2002

my medical chart is 4½ inches thick ⟦AND NO ONE⟧

Knows my Blood TYPE‼

Page 6 of 7

✳✳ march 2, 2002