UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

61

ROLAND PERRY LOTT,
Plaintiff

v.

WAYNE SCOTT, ET AL.,
Defendants.

CIVIL ACTION NO. B-00-010

## PLAINTIFF LOTT'S FIRST MOTION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Plaintiff Roland P. Lott, inmate, Texas Department of Criminal Justice, Institutional Division, Pro Se, and files this Plaintiff Lott's first motion for extension of time for responsive pleading with brief in support.

### I.

This is a civil action brought by a Texas state prisoner under and pursuant to 42 U.S.C. § 1983, against Wayne Scott, in his new capacity as executive director of the Texas Board of Pardons and Paroles and John Cornyn the attorney general of the state of Texas as defendants.

### II.
### FIRST MOTION FOR EXTENSION OF TIME

Although Plaintiff Lott has received the magistrate Judges report and Recommendation he has not had sufficient time to complete an appropriate response. Therefore, the Plaintiff requests an extension of thirty days in which to respond. As additional justification for this extension of

time the Plaintiff is allowed only 3 hours per day in the law Library and had an institutional statewide lockdown of 18 day in January 2002, with no inmate movement and certain medical conditions which will allow so much at a time.

The undersigned assures this court that this request is not designed to harass the defendants, nor to unnecessarily postpone a reply. This extension of time is necessary for the undersigned to properly respond. Therefore, the Plaintiff respectfully requests an extension of thirty days, up to and including March 17, 2002 to April 16, 2002, within which to file a responsive pleading.

## Conclusion

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully moves this Court for for an extension of thirty days from March 17, 2002 to April 16, 2002, within which to file a responsive pleading

Respectfully Submitted,

_Roland Perry Lott_ "Pro Se"

# CERTIFICATE OF SERVICE

I, Roland Lott, inmate, Texas Department of Criminal Justice, Institutional Division, do hereby certify that a true and correct copy of the above and foregoing Plaintiff Lott's First motion for extension of time for responsive pleading with brief in support has been served by placing same in the United States mail, on this the 13th day of March, 2002, addressed to:

Wayne Scott, executive director
Texas Board of Pardons and Paroles
8610 Shoal Creek Blvd.
Austin, Texas
    78711

Roland P. Lott "Pro se"
Polunsky Unit
Livingston, Texas
    77351

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILL DIVISION

ROLAND P. LOTT
Plaintiff,

v.

WAYNE SCOTT, ET AL.,
Defendants.

CIVIL ACTION NO. B-00-010

## ORDER

CAME ON this day for consideration Plaintiff Lott's First motion for extension of time for responsive pleading, with brief in support, and the Court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 16th day of April, 2002.

SIGNED ON this ____ day of _____, 2002.

_____
JUDGE PRESIDING

March 13, 2002

The Honorable Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrision Street
Brownsville, Texas 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED

MAR 18 2002
12:18 pm
Michael N. Milby, Clerk

RE: Roland Perry Lott v Wayne Scott, et al.
CIVIL ACTION NO. B-00-010

Dear Mr. Milby:

Enclosed please find the original copy of Plaintiff Lott's first motion for extension of time for responsive pleading with brief in support to be filed among the papers in the above-referenced cause. Also enclosed are the proposed order.

Would you please indicate the date of filing on the enclosed copy of this letter and send a copy to the defendants and return a copy to me of this instrument.

Thank you for your assistance in this matter.

Sincerely,
Roland P. Lott "Pro se"
3 B1-19
Polunsky Unit
3872 S. FM 350
Livingston, Texas
77351