UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILL DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 26 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

ROLAND P. LOTT
Plaintiff,

v.

WAYNE SCOTT, ET AL.,
Defendants.

CIVIL ACTION NO. B-00-010

## ORDER

CAME ON this day for consideration Plaintiff Lott's First motion for extension of time for responsive pleading, with brief in support, and the Court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 16th day of April, 2002.

SIGNED ON this 25th day of March, 2002.

_____
JUDGE PRESIDING