# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

63

ROLAND PERRY LOTT,
Plaintiff,

v.

WAYNE SCOTT, et. al.,
Defendant(s)

CIVIL ACTION NO. B-00-010

United States Courts
Southern District of Texas
FILED
APR 10 2002 LF
Michael N. Milby, Clerk

## PLAINTIFF'S 2ND MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW Plaintiff Roland Lott, inmate, Pro Se, Texas Department of Criminal Justice - Institutional Division, and files this 2nd motion for extension of time. In support thereof, Plaintiff respectfully offers the following:

### I. Institutional Lockdown

The Plaintiff was granted an initial extension of time until the 16th of April, 2002. However, unforseen delays and circumstances have arisen beyond solution.

A. Recently in a nightclub in Dallas, Texas, a gang member severed the head of a rival gang member. On March 28, 2002, in retaliation, a riot broke out here on the Polunsky Unit, between these same rival hispanic gang members. Two men were viciously and brutally stabbed and beatend too death while scores of others were critically injured.

B. Inmates on the Polunsky Unit, were immediately put on lockdown status. Now the whole Prison system in the State of Texas is on Level 1 emergency mandatory statute AD-03.31 institutional lockdown. Inmates have been advised this will be in effect for at least another 5 weeks.

There is no movement, we eat in our cells, only emergency situations will be attended too. Plaintiff is unable too attend law library sessions, Plaintiff is not versed well enough in language or terminology of a counselor, lawyer, or an attorney, to know what too request manually by putting to use the thought of remembrance, in this catagory.

## II. MAJOR HAND SURGERY

A II. Plaintiff is scheduled for major surgery on his right hand at the University of Texas Medical Branch in Galveston, Texas, this month (April) 2002, the extent of the surgery is not known at this time. However, the right hand is the Plaintiff's writing hand.

## III. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests this Court find the attached Exhibit 3 satisfies the requirements of the Court.

Respectfully Submitted,

Roland Perry-Lott #707339
Roland P.- Lott
3 B1-19
Polunsky Unit
3872 South FM 350
Livingston, Texas 77351

# CERTIFICATE OF SERVICE

I, Roland Lott, inmate, institutional division-Texas Department of Criminal Justice, do hereby certify that a true and correct copy of the above and foregoing Plaintiff Lott's 2nd motion for extension of Time to the Court has been served by placing same in the United States mail on this the 8th day of April, 2002, addressed to:

* Cari G. Bernstein
  Attorney-in-Charge
  P.O. Box 12548, Capitol station
  Austin, Texas 78711

* David Forrest, head warden
  Willacy County State Jail
  1695 Buffalo Drive South
  Raymondville, Texas 78580

* John Cornyn, Attorney General
  State of Texas
  P.O. Box 12548
  Austin, Texas 78711

* Wayne Scott, executive director
  Board of Pardons and Paroles
  8610 Shoal Creek Blvd.
  Austin, Texas 78711

Sincerely,
Roland Perry-Lott
Roland P-Lott #707339
3 B1-19
Polunsky unit
3872 S. FM 350
Livingston, Texas 77351

* Defendants
  April 8, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROLAND PERRY LOTT,
  Plaintiff,

v.

WAYNE SCOTT, et. al.,
  Defendant(s)

CIVIL ACTION NO. B-00-010

## ORDER

Be it remembered that on this day came to be considered Plaintiff Lott's 2nd motion for extension of time to the Court, and the Court after considering the pleadings filed herein is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff Lott's 2nd motion for extension of time based on all the clear evident factual occourances should be GRANTED until the 16th day of May, 2002.

SIGNED on this the ____ day of _____, 2002.

_____
JUDGE PRESIDING

*Roland Perry Lott*
*Plaintiff*

*Wayne Scott, ET AL.*

Civil Action No. B-00-010

United States Courts
Southern District of Texas
FILED

APR 10 2002

AD-03.80 (rev.3)
Page 8 of 12
Attachment A

Michael N. Milby, Clerk

## TDCJ LOCKDOWN SCHEDULE

### NOTICE TO OFFENDERS  April 8, 2002

YOU HAVE BEEN PLACED ON A LOCKDOWN STATUS BECAUSE OF DISRUPTIVE BEHAVIOR. THIS STATUS HAS BEEN IMPOSED AND WILL CONTINUE TO BE IMPOSED UNTIL SUCH A TIME AS THIS DISRUPTIVE BEHAVIOR IS ELIMINATED. TO ENSURE THAT YOU UNDERSTAND THE CONDITIONS AND PROCESS OF YOUR RETURN TO NORMAL ACTIVITIES, THE PROGRESSIVE RELEASE SCHEDULE IS EXPLAINED BELOW.

**FIRST WEEK:** YOU WILL RECEIVE SHOWERS/NECESSITIES 3 TIMES WEEKLY; NO DAYROOM PRIVILEGES; NO COMMISSARY PRIVILEGES; YOU WILL RECEIVE ONLY SACK LUNCHES; AND YOU WILL NOT BE PERMITTED TO HAVE VISITATION. IF YOUR BEHAVIOR IS ACCEPTABLE, YOU WILL PROGRESS TO THE SECOND WEEK.

**SECOND WEEK:** YOU WILL RECEIVE SHOWERS/NECESSITIES 3 TIMES WEEKLY; NO DAYROOM PRIVILEGES; RECEIVE COMMISSARY PRIVILEGES ONE DAY (HYGIENE AND LEGAL SUPPLIES ONLY, $10.00 LIMIT); RECEIVE A HOT LUNCH ONE TIME DURING THE WEEK AND NO VISITATION. IF YOUR BEHAVIOR CONTINUES TO IMPROVE, YOU WILL PROGRESS TO THE THIRD WEEK.

**THIRD WEEK:** YOU WILL RECEIVE SHOWERS/NECESSITIES 3 TIMES WEEKLY; LIMITED DAYROOM PRIVILEGES; RECEIVE COMMISSARY PRIVILEGES ONE DAY (HYGIENE AND LEGAL SUPPLIES ONLY, $10.00 LIMIT); RECEIVE A HOT LUNCH AND SUPPER 3 DAYS; VISITATION PRIVILEGES WILL BE REINSTATED. WITH CONTINUED GOOD BEHAVIOR, PROGRESSION TO THE FOURTH WEEK WILL OCCUR.

**FOURTH WEEK:** YOU WILL RECEIVE SHOWERS/NECESSITIES 3 TIMES WEEKLY; LIMITED DAYROOM PRIVILEGES; YOU WILL RECEIVE COMMISSARY PRIVILEGES 1 DAY; DAILY HOT LUNCH AND SUPPER PRIVILEGES WILL BE RETURNED; AND VISITATION PRIVILEGES WILL CONTINUE. YOU MAY BE ALLOWED TO RETURN TO WORK AT THE WARDEN'S/FACILITY ADMINISTRATOR'S DISCRETION. SUBSEQUENTLY THE LOCKDOWN WILL BE LIFTED.

**NOTE:** ALL MEALS WILL BE DELIVERED VIA USE OF THE FOOD TRAY SLOT. IF YOUR CELL DOES NOT HAVE A FOOD TRAY SLOT, TO RECEIVE A MEAL WHILE ON LOCKDOWN STATUS, YOU MUST GO TO THE REAR OF YOUR CELL, KNEEL DOWN, AND PLACE BOTH HANDS BEHIND YOUR BACK. WHEN YOU HAVE FOLLOWED THESE PROCEDURES YOUR MEAL WILL BE PLACED INSIDE THE CELL DOOR.

IF AT ANY PERIOD DURING THESE 4 WEEKS THERE IS A REOCCURRENCE OF DISRUPTIVE BEHAVIOR, THE FACILITY OR PORTION INVOLVED MAY BE RETURNED TO THE FIRST WEEK'S SCHEDULE.

EXHIBIT: "Lockdown 3"