64

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**APR 3 0 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLAND PERRY LOTT | * | |
| | * | |
| VS | * | C.A. NO. B-00-010 |
| | * | |
| WAYNE SCOTT, ET AL | * | |

## ORDER GRANTING MOTION FOR EXTENSION

On this 25th day of April 2002, came on to be considered Petitioner's Second Motion for Extension of Time to File Objections (Docket No. 63). The Court hereby GRANTS the final extension to file objections. The objections shall be filed on or before June 17, 2002.

DONE at Brownsville, Texas, on 25th day of April 2002.

_____
Felix Recio
United States Magistrate Judge