UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLAND PERRY LOTT, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-010 |
| | § | |
| WAYNE SCOTT, ET AL., | § | |
| Defendants. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Report and Recommendation is hereby ADOPTED; and
2. Plaintiff's Complaint for damages pursuant to 42 U.S.C. § 1983 (Docket No. 1) is hereby DISMISSED.
3. Defendant's Motion for Summary Judgment (Docket No. 33) is hereby GRANTED.

DONE in Brownsville, Texas this 2 day of July, 2002.

Hilda Tagle
United States District Judge